EXHIBIT 2

20 CVS 240

In The **SUPERIOR COURT OF DARE COUNTY**
**STATE OF NORTH CAROLINA**

PLAINTIFFS, Daniel Felix and Christine Hutten
53828 NC Hwy 12
PO Box 544
Frisco, NC 27936-0544

V. CIVIL ACTION NO. 20 CVS 240

FILED
2020 JUN -5 A 11:22
DARE CO., C.S.C.
BY

DEFENDANTS,
Occidental Fire And Casualty Company of NC
Michael D. Blinson
Pres. David Pirrung
702 Oberlin Road
Raleigh, NC 27605-1102

IAT Insurance Group INC.
Pres. David Pirrung
702 Oberlin Road
Raleigh, NC 27605-1102

Service Insurance Company
Pres. David Pirrung
702 Oberlin Road
Raleigh, NC 27605-1102

**CIVIL COMPLAINT**

**Plaintiffs ask for a jury trial in this matter. Their complaint is as follows:**

1. Upon completing construction of their home in 2007,Plaintiffs purchased flood insurance for full coverage of all 3 floors of their home through the National Flood Insurance Program NFIP. Their insurance agents,TLC Insurance, purchased the Standard Flood Insurance Policy from the IAT Insurance Group and it was issued by the Occidental Fire And Casualty Company Of NC and the Service Insurance Company. This is stated on the flood insurance declaration page sent to Plaintiffs. It was effective

from Oct. 10th 2015 to Oct. 10th 2016. And that policy was paid in full through plaintiff's escrow account for the home.

2. Plaintiffs home,3 floors, is all built above the base flood elevation that was established and used by FEMA at the time the Building Permits were drawn for the house. This includes the first floor which is raised above the base flood elevation with a one foot thick,two feet high concrete footer, with interlocking slab on top. This is the foundation of the structure. Plaintiff also chose to run timbers,sometimes used as pilings, through the first floor,some ending at the second floor and some ending at the base of the third floor, for structural stability and to Hurricane proof their home.But they are not the base foundation of the home-the concrete footer and slab is the "raised" foundation that supports and anchors the structure.

3.Plaintiffs home located at 53828 NC Hwy 12,Frisco, NC 27936, is legally built in all respects and Building Codes to be heated/finished living space built above the base flood elevation on the first floor and all consecutive floors.Heated/finished living space cannot legally be built below the base flood elevation in Dare County NC. Plaintiffs have a valid certificate of occupancy issued by the Building Permits And Inspections Office of Dare County for all 3 floors issued in 2007 when the home was newly built. Building Permits also confirm the first floor designated as heated/finished living space. This makes the first floor fully insurable for all aspects of damages by flood by the policy issued by the NFIP.

4. During the flood insurance purchase, Plaintiffs took painstaking efforts to assure all three floors were fully insured and that the insurance provider understood the Elevation Certificate issued the surveyor declared all three floors built above the base flood

elevation established at the time permits were drawn and construction was under way. The surveyor, Freddy Rankin, also rewrote the notes in the Elevation Certificate to clarify for the flood insurance provider and personally called to explain to them the description in the notes. And this Elevation Certificate made it clear to all involved that the first floor of the house was built above the base flood elevation that was established at the time of construction. Then the surveyor made a chart in 2010 that clearly depicts the slab above the base flood elevation when the flood insurance provider again revisited the findings in the Elevation Certificate and the issue was resolved in Plaintiffs favor. And even now there is nothing to refute that the first floor of the house IS built above the base flood elevation established during the construction period and it is legal heated/finished living space that was fully insurable by the NFIP. Plaintiffs are also stating they purchased full coverage insurance for the first and every consecutive floor of their home which includes the entire structure and contents and were convinced by the insurance providers that that is what they had purchased. Plaintiffs have paid for this policy since 2007-over ten years.

5. On Oct. 8th 2016 Plaintiffs had flood damage to the first floor of their home from Hurricane Matthew. A timely Proof Of Loss was filed by Plaintiffs in the amount of $62,389.51 on 4/27/17 which is not contested. The Service Insurance Company denied Plaintiffs the ability to file a Proof Of Loss for contents claiming by phone and e-mail the contents were not covered under the policy which is false. On July 14, 2017 the Service Insurance Company (IAT INSURANCE GROUP) denied most of Plaintiffs claim for damages and only agreed to a payment of $21,284.33 covering only the homes HVAC and hot water equipment. And denying any claim for the structural damage caused by

the flood to finished walls,doors floors,etc. or for any contents. The Service Insurance Company's claim denied that the first floor was above the base flood elevation or that it met the standards of the policy of a "raised floor" built on footer and slab. They erroneously disputed the structural nature of the home despite the abundance of documents proving otherwise provided by the Surveyor,the Building Inspectors,etc. A timely appeal was filed in the office of the FEMA NFIP Appeals Division on Aug. 31, 2017 by Plaintiffs attorney, Attorney Ronald Baker,which was accompanied by irrefutable pictures of the house during construction of the house built on and sitting on the concrete footer and slab and the Elevation Certificate declaring that slab above the base flood elevation. Plaintiffs appeal is yet to be answered in their favor and Plaintiff is now timely filing this lawsuit as required by the one year statute of limitations.

6.On July 6th 2018,during the appeal process, Appeal Examiner Anthony Thorne stated that if Plaintiffs could obtain a statement by a certified engineer that if any portion of the house rests on the concrete footer and slab then the house's first floor would be considered the first raised floor of the house and that the claim would then be paid in full and the house full covered under the NFIP policy. Plaintiff's then obtained a certified statement from a certified engineer from Kitty Hawk Engineering that the first elevated floor of the house was the first floor of the home and that the concrete footer and slab was in fact the foundation of the entire structure and thereby supporting all subsequent floors as FEMA requested. FEMA, without justification after having been provided the engineer certified statement, which is not in dispute,still continued to ignore Plaintiff's claim for flood damages. And a timely lawsuit was filed in US District Court for the NON-ELEVATED V. ELEVATED issue of the claim.[ Plaintiffs claim was simple any

floor built below the BFE must have break away walls,flood vents, and no electrical or plumbing run through the walls-Plaintiff is above the BFE and has finished secure walls with insulation and sheet rock and there is electrical and plumbing run through the walls-Plaintiff supplied pictures of the walls with 2-200 amp panels secured clearly to the 1st floor wall, the Elevation Certificate, an Engineers Report indicating a non-elevated building, pictures of the concrete footer and slab meeting the definition of a non-elevated building] Defendants attorney removed the fraud portion of the claim from federal court claiming it was a extra contractual claim not in their jurisdiction and was the jurisdiction of the NC State Courts. The fraud portion of that claim is now timely before this Court. The non-elevated issues of that claim were dismissed on technical procedure and never adjudicated on the merits. This gives this court now jurisdiction over the merits of the non-elevated claim. But as a separate claim to the issues of fraud for their damages claim letter and fraud for failure to pay the claims admitted to in that letter.Those claims are detailed in items 8 and 9 below.

7. Plaintiffs are therefore filing this lawsuit for the full payment of flood damages to their home to include structural and contents. And for action to be taken against the Service Insurance Company,IAT Insurance Group, and Occidental Fire and Casualty Company Of NC for selling fraudulent flood insurance policies and for defrauding them out of their insurance claims.

8. On July 14th, 2017 the Service Insurance Company issued a letter from their employee named Misty Archer approving the claim for an elevated building and denying the full coverage for a non-elevated building. This letter specifically stated what was to be covered by policy. Yet most of what was clearly stated as covered in the letter and

was found to be damaged from the flood was not being paid for by the amount allocated in the check. Here while the Service Insurance Company was admitting coverage and these items from the letter were clearly damaged by flood they tried to defraud plaintiffs by not paying for and including those items in the check. And they then tried to get Plaintiffs to release them from that fraud by adding a line stipulating that if they cashed the $21,284.00 check they were not entitled to any additional funds. This stipulation is also a fraud. The NFIP Policy sold to Plaintiffs allow for exact amounts greater than estimates to be paid for upon additional damage costs or extra estimates. The Service Insurance Company tried to defraud Plaintiffs out of the full range of the commitments of the policy sold to them by trickery. To date NO AMOUNTS HAVE BEEN PAID TO PLAINTIFFS. Plaintiffs were sold a fraudulent flood policy by the Service Insurance Company. And even after they admitted to owing amounts associated with the flood damage claims kept the money and have kept the money owed to Plaintiffs.

9. On May 5th, 2020 Plaintiffs sent a letter and documents notifying President David Pirrung of the lack of payment for the flood claim, the exact amount owed per their claim letter $57,294.25, documents showing the deductible subtracted twice, NOTICE OF THE FRAUD Service Insurance Company was committing, THE FRAUD their attorney was accused of committing on National TV News, and all documents proving Plaintiffs claims. The $57,294.25 just representing the amount they stated they would cover in their letter for an elevated building aside from the amount that would be owed for a non-elevated building. Enclosed in the May 5th 2020 letter is the letter to Supervisor Scott Lapine dated 2/7/2020 returning the fraudulent check and the invoice from Daniel Felix for $57,294.25 he is owed for work performed and amounts spent. And those

documents and invoice were acknowledged by a letter from Occidental Fire And Casualty Company Of NC flood insurance processing center dated April 6th 2020. A copy of the may 5th 2020 letter was also addressed to and sent to FEMA Director Peter Gaynor at the same time with all attachments. Notice of claim was received by President Pirrang and has yet to be responded to by making payment.

**Plaintiffs are therefore owed $57,294.25 for the actual amounts admitted to in Service's damages letter, $15,000.00 dollars more for structure damages and $15,000 dollars for contents (property) for a non-elevated building , and whatever the jury feels just for the acts of fraud.**

Christine Hutten 6/3/2020
Christine Hutten, pro se

6/3/20
Daniel Felix, pro se
53828 NC Hwy 12
PO Box 544
Frisco, NC 27936-0544

# EXHIBIT A

Policy Number: 99040951972015

# FLOOD POLICY DECLARATIONS

Service Insurance Company

Standard Policy

**Type:** Renewal
**Policy Period:** 10/09/2015 To 10/09/2016
**Form:** Dwelling

For payment status, call: (888) 245-7274
These Declarations are effective
as of: 10/09/2015 at 12:01 AM

**Producer Name and Mailing Address:**
TLC INSURANCE INC
3701 N CROATAN HWY
KITTY HAWK, NC 27949-9236

**Insured Name and Mailing Address:**
FELIX, DANIEL
HUTTEN, CHRISTINE
PO BOX 544
FRISCO, NC 27936-0544

**Agent/Agency #:** 08661-00000-000
**Reference #:**
**Phone #:** (252)480-3595

**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057 Kalispell MT 59903-2057

**Property Location:**
53828 NC HWY 12
FRISCO, NC 27936

**Building Description:**
Single Family
Three or More Floors
Elevated With Enclosure

**Primary Residence:** Y
**Premium Payor:** 1st Mortgagee
**Flood Risk/Rated Zone:** AE **Current Zone:** AE
**Community Number:** 37 5348 0505 E
**Community Name:** DARE COUNTY*
**Grandfathered:** Yes
Post-Firm Construction
**Program Type:** Regular

**Elev Diff:** 0
**Elevated Building:** Y
Includes Addition(s) and Extension(s)
**Replacement Cost:** $429,000
**Number of Units:** 1

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|
| [illegible] | 250,000 | .680 / .100 | 1,250 | 12- | 586.00 | [illegible] | 767.00 |
| [illegible] | 100,000 | .380 / .120 | 1,250 | 4- | 181.00 | [illegible] | 4.00 |
| [illegible] | Enclosure and Above | | | | | [illegible] | 77.00 |
| | | | | | | [illegible] | 104.00 |
| | | | | | | [illegible] | 25.00 |
| | | | | | | [illegible] | 45.00 |
| | | | | | | [illegible] | .00 |
| | | | | | | [illegible] | .00 |
| | | | | | | [illegible] | 868.00 |

THIS IS AN ELEVATED BUILDING. COVERAGE IS LIMITED BELOW THE LOWEST ELEVATED FLOOR. SEE PROPERTY NOT COVERED IN STANDARD FLOOD INSURANCE POLICY.

Coverage Limitations May Apply. See Your Policy Form for Details.

**First Mortgage:**
BANK OF AMERICA NA
ITS SCCSSRS & OR ASSIGNS ATIMA
PO BOX 961291
FORT WORTH, TX 76161-0291
Loan#: 228823744

**Loss Payee:**

**Second Mortgage:**
BANK OF AMERICA NA
ISAOA ATIMA
PO BOX 961291
FORT WORTH, TX 76161-0291
Loan#: 68011021298599

**Disaster Agency:**

This Declaration Page, in conjunction with the policy, constitutes your Flood Insurance Policy.
In WITNESS WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

President Secretary

May 05, 2020

President David Pirrung
Occidental Fire And Casualty Company Of NC
Service Insurance Company
IAT Insurance Group
PO Box 2057
Kalispell, MT 59903-2057
800-759-8656

RE: Insured Daniel Felix and Christine Hutten, Property: 53828 NC Hwy 12, Frisco, NC, 27936 - Date Of Loss: 10/08/2016 Policy # 99040951972015

Documents Enclosed: Letter To Supervisor Scott Lapine dated 2/7/2020, Letter From Service via Misty Archer dated July, 14, 2017,
Estimate From Service via Joseph Cox dated 3/6/2017, Elevation Certificate, Current Flood Insurance Policy from Farm Bureau Insurance
indicating the NFIP has rated the building as NON-ELEVATED (using the correct flood map) and GRANDFATHERED in for full coverage

Dear President David Pirrung and FEMA/National Flood Insurance Director Peter Gaynor,

Enclosed please find the documents proving that you have defrauded us out of our Hurricane Matthew flood damages claim.

Specifically, the letter from Service and Misty Archer dated July 14, 2017, clearly shows we are owed for the damages outlined in that letter per NFIP Policy but you refuse to pay even for the damages you yourselves stated in this letter. To date we have been paid nothing. We have submitted in the letter to Service and Scott Lapine dated 2/7/2020 the damages that are actually owed in a detailed estimate. And that the amounts are past due.

We are again officially notifying you and the FEMA/NFIP Director Peter Gaynor that you have sold us fraudulent flood insurance and defrauded us out of our valid flood claim.

We have been moreover abused by the Service Insurance Company's law firm, the law firm of NIELSEN & TREAS LLC. who were featured on the CBS Evening News with Jeff Glor for defrauding flood victims like ourselves out of valid flood claims and bilking the NFIP Funds we pay for with our premiums for legal fees. A review of our case shows they are again bilking the NFIP Fund and denying us our valid flood insurance claim. Enclosed documents show we are not only being defrauded out of our NON-ELEVATED BUILDING claim BUT are being defrauded out of what they claim we are legally owed.

If resolution does not happen prior to July 2020 then we will be forced to file another lawsuit in Dare County NC Superior Court for the fraud. Yet another abuse flood victims who bought flood insurance through the National Flood Insurance Company should not be enduring after a flood!

Sincerely,

5/5/20

Daniel Felix date


53828 NC Hwy 12
PO Box 544
Frisco, NC 27936


Christine Hutten 5-05-2020

Christine Hutten date

Service Insurance Company
Flood Ins. Processing Center
Supervisor Scott Lapine
PO Box 2057
Kalispell, MT, 59903
913-218-3771

RE: Insured Daniel Felix, Property: 53828 NC Hwy 12, Frisco, NC, 27936, Date Of Loss: 10/08/2016, Policy # 99040951972015

Enclosed please find 1. the check for $21,284.33 that has expired, 2. an invoice for the actual amounts for damages and the additional amounts owed, 3. a copy of your letter from agent Misty Archer detailing what is covered despite the ongoing litigation over elevated v. non elevated designation of the structure, 4. the Elevation Certificate. 5. current flood policy designating building as NON-ELEVATED and grandfathered using the correct flood map.

The NFIP rules state that we are entitled to compensation for the "actual costs" even if they are over your adjusters estimates. Your estimates are deficient in certain areas and we request here in writing that they be adjusted upward and the difference paid when the check is reissued. The amounts below are only what you state in your letter that apply for this check you have issued and admitted your company owes.

I am the contractor as well as the half homeowner who has done all the work. I am not a borrower on any loan associated with the the property and my check needs to be issued free of any incumbrance of any second or third parties. The insurance policies on the property were all originally purchased by me. Christine Hutten was added as an authorized party. Therefore, her loan associated with the property does not apply to me or what is owed to me. I do not agree to have my money for the policy controlled by the mortgage servicer.

By her signature below she is releasing all amounts to me for the repairs.

I Christine Hutten agree that Daniel Felix has made repairs to the above property and is owed the full amount of the coverage of the damages covered by the policy and your letter. I hereby release my claim to the damages check issued by the Service Insurance Company.

Christine Hutten 02-07-2020

Christine Hutten Date

Below please find the amounts I am owed for the repairs that have been completed so far, according to your letter stated from July 14th 2017. This in no way settles our Proof Of Loss for a non-elevated building or the fraud you have committed by applying the wrong Flood Map to our property or your negligence in not seeing the correct elevation

and designation of the property in the notes of the Elevation Certificate on file for this property. FEMA and the NFIP underwriters have issued a correct policy through Farm Bureau Insurance that clearly states the building is non-elevated and grandfathered for full coverage of the first floor using the correct flood map that was in place when the building permits were issued. The flood map that the surveyor clearly states applies in his notes in the Elevation Certificate. If not for your negligent oversight the fraudulent policy would not have been issued and the current litigation would not be happening. MEANWHILE, the DAMAGES YOU HAVE ADMITTED TO are not as yet paid for and I am owed the amounts listed below until the other issue of elevated v. non-elevated can be settled. ADDITIONALLY, you have subtracted the policies deductible twice in the documents you have provided to us- your adjuster deducted in his estimate then Ms. Archer deducted it again in her letter-see attached documents. WE ARE THEREFORE OWED AN ADDITIONAL $1,250.00 plus the amounts below. According to your attorney and filings with the US Dist. Court, the proper venue for this issue is the Dare County Superior Court but we are hoping by this letter to settle the correct amount of what you admit you owe per NFIP Policy without having to file. Again, I am the homeowner but also the contractor who designed and built the house. And I still operate a construction and home repair business at this address here in Dare County, NC. And we have repair costs to the HVAC units pending their replacement should there be further delays in receiving the full replacement amounts that we are owed per FEMA/NFIP Policy. We sincerely hope we can at least resolve these amounts without further litigation so that some repair of our home can go forward. The continued repair and maintenance of the old units and damaged structure is depleting the loss we are owed and wish to correct the damages permanently rather than continue to lose money on just temporary repairs that do not correct the damages.

RECEIPT FOR DAMAGES (ADDITIONS TO PROOF OF LOSS)

| | |
|---|---|
| Clean up of flooded 1st floor: 62 hours x $65.00 per hour= $4,030.00 | |
| minus- adjusters previous amounts included in check for $21,284.33: | -109.20 |
| | - 8.37 |
| | -1,231.49 |
| | -288.22 |
| Additional amount owed for clean up: | =$2392.92 |
| Ongoing repairs to HVAC not included in replacement estimate: | |
| remove and replace HVAC closet 1st floor | = $3,700.00 |
| Repair of Front steps: | = $1,645.00 |
| minus adjusters previous amount included in check | -250.00 |
| Additional amount owed for step replacement; | =$1,395.00 |
| Replace Whirlpool Washer and Dryer ( salt water in both bottom panels and rusted) | = $750.00 service and |
| replace electrical board found bottom rusted from flood | |
| -New Whirlpool Washer and Dryer + Installation | = $3,200.00 |
| Replace 1st floor refrigerator | = $400.00 |

Per Letter: Replace Sheet Rock and Insulation
not finished 314 linear ft. X $73.00 per ft. =$22,922.00

TOTAL ADDITIONAL DAMAGES $34,759.92 to be added
to the previous estimate of $21,284.33
2nd Deductible Mistake $1,250.00

Total of New Check owed: $57,294.25 (Please forward to below address this is the amount owed per your letter)
This is the amount owed per the items you claim are covered in your letter dated July 14th 2017 from Misty Archer
that are not in litigation. Final Notice.

[signature] 2/7/2020

DANIEL FELIX Date
53828 NC Hwy 12
PO Box 544 (mailing address)
Frisco, NC 27936
252-207-6777

Service Insurance Company
Flood Insurance Processing Center
P.O. Box 2057; Kalispell, MT 59903-2057
Phone: (800) 759-8656 Fax: (866) 528-3252

July 14, 2017

Logan Dewit, supervisor Scott.
919-218-3771 Lapine

Felix, Daniel
Po Box 544
Frisco, NC 27936-0544

RE: Insured : Felix, Daniel
Property Add: 53828 Nc Hwy 12
Frisco, NC 279360000
Policy # : 99040951972015
Date of Loss: 10/08/2016
Reference No: 99040951972015

Dear Daniel Felix and Christine Hutten:

Please be advised the below referenced flood claim payment was previously sent out under separate cover:

| | | |
|---|---|---|
| Building covered damages | | $20,367.88 |
| Building deductible | - | $1,250.00 |
| Recoverable depreciation | + | $2,166.45 |
| Building Amount | = | $21,284.33 |

The Independent Adjuster's final report indicates there is damage to contents. The Independent Adjuster has advised that we have not received your contents inventory list, therefore we have closed your claim based on this information. If this is incorrect please notify us immediately.

With regard to the above-referenced flood claim, we have received a signed Proof of Loss in the amount of $62,389.51 and a Replacement Cost Proof of Loss in the amount of $44,172.62. We are accepting $19,117.88 of the Proof of Loss and accepting $2,166.45 of the Replacement Cost Proof of Loss. We are rejecting $43,271.63 of the Proof of Loss and rejecting $42,006.17 of the Replacement Cost Proof of Loss as the amount is unsubstantiated due to post firm limitations. Please refer to the Standard Flood Insurance Policy Section: VII. General Conditions, M. Loss Payment.

During the adjustment of your loss, we discovered the insured building is a post-FIRM, elevated building in zone AE. In accordance with the Standard Flood Insurance Policy, we are denying payment for all non-covered items located below the lowest elevated floor of your post-FIRM elevated building, pursuant to the Standard Flood Insurance Policy:

III. PROPERTY COVERED

A. COVERAGE A - BUILDING PROPERTY

8. Items of property in a building enclosure below the lowest elevated floor of an elevated post-FIRM building located in Zones A1-A30, AE, AH, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, V1-V30, or VE, or in a basement, regardless of the zone. Coverage is limited to the following:

a. Any of the following items, if installed in their functioning locations and, if necessary for operation, connected to a power

source:

(1) Central air conditioners;
(2) Cisterns and the water in them;
(3) Drywall for walls and ceilings in a basement and the cost of labor to nail it, unfinished and unfloated and not taped, to the framing;
(4) Electrical junction and circuit breaker boxes;
(5) Electrical outlets and switches;
(6) Elevators, dumbwaiters, and related equipment, except for related equipment installed below the base flood elevation after September 30, 1987;
(7) Fuel tanks and the fuel in them;
(8) Furnaces and hot water heaters;
(9) Heat pumps;
(10) Nonflammable insulation in a basement;
(11) Pumps and tanks used in solar energy systems;
(12) Stairways and staircases attached to the building, not separated from it by elevated walkways;
(13) Sump pumps;
(14) Water softeners and the chemicals in them, water filters, and faucets installed as an integral part of the plumbing system;
(15) Well water tanks and pumps;
(16) Required utility connections for any item in this list; and
(17) Footings, foundations, posts, pilings, piers, or other foundation walls and anchorage systems required to support a building.

b. Clean-up.

B. COVERAGE B - PERSONAL PROPERTY

3. Coverage for items of property in a building enclosure below the lowest elevated floor of an elevated post-FIRM building located in Zones A1- A30, AE, AH, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, V1-V30, or VE, or in a basement, regardless of the zone, is limited to the following items, if installed in their functioning locations and, if necessary for operation, connected to a power source:

a. Air conditioning units, portable or window type;
b. Clothes washers and dryers; and
c. Food freezers, other than walk-in, and food in any freezer.

In the unfortunate event that you experience another flood, we recommend you keep in a safe place, out of the reach of future flooding, all repair receipts and invoices documenting the completion of the building repairs, and if applicable, the repair/replacement of your personal property. This will assist in verifying that building repairs were completed and, if applicable, the age, condition and value of personal property. Having this information will help expedite the handling of any future claim.

Please note: Pursuant to the Standard Flood Insurance Policy, VII General Conditions Q. Mortgage Clause, A loss payable under Coverage A - Building Property will be paid to any mortgagee of whom we have actual notice as well as any other mortgagee or loss payee determined to exist at the time of loss, and you, as interests may appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

The Standard Flood Insurance Policy is a federal policy under the jurisdiction of the federal government issued pursuant to the National Flood Insurance Act of 1968 and applicable federal regulations in Title 44 of the Code of Federal Regulations, Subchapter B.

If you do not agree with our decision to deny your claim, in whole or in part, Federal law allows you to appeal that decision within 60 days of the date of this denial letter. Your appeal must be in writing and include: a copy of this letter, a copy of the completed Proof of Loss form you submitted to the insurer, your written statement of the basis for the appeal and all the documentation which supports your written statement.

The appeal must be sent to:

DHS-FEMA-FIMA
Mitigation Directorate, Federal Insurance Administrator

400 C St. SW, Room 313
Washington, D.C. 20472-3020

You should not appeal your claim or any part of it, unless it has been denied by this letter. If you do and your claim has not been denied, in whole or in part, FEMA will return your appeal to you for not complying with their regulation. If you disagree with your insurance settlement and the item of your disagreement is not denied by this letter, you should submit a detailed request with the documentation which fully supports your position directly to us for consideration as a supplemental claim. The FEMA appeals process cannot overturn a denial when coverage is not afforded by the Standard Flood Insurance Policy. Federal assistance may be available to you if your flood loss is within a city or county included in a disaster declaration by the President of the United States. In such cases you may contact FEMA at (800) 621-3362 or register online at http://www.fema.gov.

VII. GENERAL CONDITIONS

R. Suit Against Us

You may not sue us to recover money under this policy unless you have complied with all the requirements of the policy. If you do sue, you must start the suit within 1 year after the date of the written denial of all or part of the claim, and you must file the suit in the United States District Court of the district in which the insured property was located at the time of loss. This requirement applies to any claim that you may have under this policy and to any dispute that you may have arising out of the handling of any claim under the policy.

If you have any questions, please call (800) 759-8656.

Waiving none, but reserving all rights and defenses under the policy, we remain,

Sincerely,

Misty Archer
Service Insurance Company
Flood Claims Processing Center

cc: Tlc Insurance Inc
Bay Area Claims Services, Inc
Bank Of America Na
Bank Of America Na
Sharp, Graham, Baker and Varne

| | | | |
|---|---|---|---|
| INSURED | : Daniel Felix | DATE OF REPORT | : 03/06/2017 |
| LOCATION | : 53828 NC Hwy 12 | DATE OF LOSS | : 10/08/2016 |
| | : Frisco, NC 279360000 | POLICY NUMBER | : 99040951972015 |
| COMPANY | : Service Insurance Company | CLAIM NUMBER | : 6488 F |
| | : C/o National Flood Services | OUR FILE NUMBER | : 6488 F |
| | : Kalispell, MT 5990-2057 | ADJUSTER NAME | : Joseph Cox |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| Repair Item Totals | $20,890.05 | $2,002.46 | $18,887.59 |
| General Contractor Overhead (8.0%) | $1,671.20 | $160.19 | $1,511.01 |
| General Contractor Profit (0.0%) | $0.00 | $0.00 | $0.00 |
| Estimate Totals With O&P | $22,561.25 | $2,162.65 | $20,398.60 |
| Applicable Sales Tax<br>Rate: 6.7500% (Includes M,L,E,O,P,A) | $1,522.88 | $145.97 | $1,376.91 |
| Estimate Grand Totals | $24,084.13 | $2,308.62 | $21,775.51 |
| Less Deductible | ($1,250.00) | | ($1,250.00) |
| **BUILDING FINAL TOTALS** | **$22,834.13** | **$2,308.62** | **$20,525.51** |

| | |
|---|---|
| **RECOVERABLE DEPRECIATION** * | **$2,308.62** |
| **NON-RECOVERABLE DEPRECIATION** | **$0.00** |

*This amount represents the total recoverable depreciation for this estimate. Any payable recoverable depreciation is subject to policy coverage limit. Please check policy coverage limit prior to issuing any recoverable depreciation reimbursements.

Sales Tax Legend: M - Materials. L - Labor, E - Equipment, O - Overhead, P - Profit, A - Additional Items

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/7.0

Total Page

U.S. DEPARTMENT OF HOMELAND SECURITY
Federal Emergency Management Agency
National Flood Insurance Program

# ELEVATION CERTIFICATE

Important: Read the instructions on pages 1-8.

OMB No. 1660-0008
Expires February 28, 2009

## SECTION A - PROPERTY INFORMATION

For Insurance Company Use:
Policy Number
Company NAIC Number

A1. Building Owner's Name Daniel E. Felix and Christine M. Hutten

A2. Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.
53828 NC 12 Highway
City Frisco State NC ZIP Code 27936

A3. Property Description (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
Lot 1A Pin# 05 0505 11 68 3533

A4. Building Use (e.g., Residential, Non-Residential, Addition, Accessory, etc.) Residential
A5. Latitude/Longitude: Lat. 35° 13' 57.08" Long. 75° 37' 44.84" Horizontal Datum: ☐ NAD 1927 ☒ NAD 1983
A6. Attach at least 2 photographs of the building if the Certificate is being used to obtain flood insurance.
A7. Building Diagram Number 8
A8. For a building with a crawl space or enclosure(s), provide
a) Square footage of crawl space or enclosure(s) 2077 sq ft
b) No. of permanent flood openings in the crawl space or enclosure(s) walls within 1.0 foot above adjacent grade N/A
c) Total net area of flood openings in A8.b N/A sq in

A9. For a building with an attached garage, provide:
a) Square footage of attached garage ____ sq ft
b) No. of permanent flood openings in the attached garage walls within 1.0 foot above adjacent grade ____
c) Total net area of flood openings in A9.b ____ sq in

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP Community Name & Community Number | B2. County Name | B3. State |
|---|---|---|
| Dare County 375348 | Dare | North Carolina |

| B4. Map/Panel Number | B5. Suffix | B6. FIRM Index Date | B7. FIRM Panel Effective/Revised Date | B8. Flood Zone(s) | B9. Base Flood Elevation(s) (Zone AO, use base flood depth) |
|---|---|---|---|---|---|
| 0505 | J | 9/20/06 | 9/20/06 | AE | 8.00' |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in Item B9.
☐ FIS Profile ☒ FIRM ☐ Community Determined ☐ Other (Describe) ____
B11. Indicate elevation datum used for BFE in Item B9: ☐ NGVD 1929 ☒ NAVD 1988 ☐ Other (Describe) ____
B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)? ☐Yes ☒No
Designation Date ____ ☐ CBRS ☐ OPA

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on: ☐ Construction Drawings* ☐ Building Under Construction* ☒ Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.
C2. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C2.a-g below according to the building diagram specified in Item A7.
Benchmark Utilized AF 8828 Vertical Datum 4.38'
Conversion/Comments N/A

Check the measurement used.

| | | | |
|---|---|---|---|
| a) Top of bottom floor (including basement, crawl space, or enclosure floor) | 6.2 | ☒ feet | ☐ meters (Puerto Rico only) |
| b) Top of the next higher floor | 17.0 | ☒ feet | ☐ meters (Puerto Rico only) |
| c) Bottom of the lowest horizontal structural member (V Zones only) | N/A | ☐ feet | ☐ meters (Puerto Rico only) |
| d) Attached garage (top of slab) | N/A | ☐ feet | ☐ meters (Puerto Rico only) |
| e) Lowest elevation of machinery or equipment servicing the building (Describe type of equipment in Comments) | 6.2 | ☒ feet | ☐ meters (Puerto Rico only) |
| f) Lowest adjacent (finished) grade (LAG) | 3.5 | ☒ feet | ☐ meters (Puerto Rico only) |
| g) Highest adjacent (finished) grade (HAG) | 5.7 | ☒ feet | ☐ meters (Puerto Rico only) |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information. *I certify that the information on this Certificate represents my best efforts to interpret the data available. I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.*

☒ Check here if comments are provided on back of form.

NORTH CAROLINA PROFESSIONAL SEAL L-2958 LAND SURVEYOR FREDDY RANKIN

Certifier's Name Freddy D. Rankin License Number L-2958
Title Professional Land Surveyor Company Name Freddy D. Rankin, PLS
Address P.O. Box 121, 50232 S. Buccaneer Cove City Frisco State NC
Signature Freddy D. Rankin Date 07/30/2007 Telephone (252) 995-4405

| IMPORTANT: In these spaces, copy the corresponding information from Section A. | For Insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No. 53828 NC 12 Highway | Policy Number |
| City Frisco State NC ZIP Code 27936 | Company NAIC Number |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION (CONTINUED)

Copy both sides of this Elevation Certificate for (1) community official, (2) insurance agent/company, and (3) building owner.

Comments File# 4094-07A Pin# 05 0505 11 66 3533 C: Felix1A-EC-R Revised 11/23/10
*Building Permits were issued prior to Sept. 20, 2006 at which time the FIRM zone was AE 7.0' and the elevation datum used was NGVD 1929.* Based on the NGVD 1929 Datum, the Elevations would be a) 7.2, b) 18, e) 7.2', f) 4.5' & g) 6.7'. **See diagram on page 4** The lowest elevation of equipment servicing the building is the air handler which would have been at an elevation of 7.2' based on the 1929 NGVD.

Signature [signature] Date 07/30/2007

☐ Check here if attachments

## SECTION E - BUILDING ELEVATION INFORMATION (SURVEY NOT REQUIRED) FOR ZONE AO AND ZONE A (WITHOUT BFE)

For Zones AO and A (without BFE), complete Items E1-E5. If the Certificate is intended to support a LOMA or LOMR-F request, complete Sections A, B, and C. For Items E1-E4, use natural grade, if available. Check the measurement used. In Puerto Rico only, enter meters.

E1. Provide elevation information for the following and check the appropriate boxes to show whether the elevation is above or below the highest adjacent grade (HAG) and the lowest adjacent grade (LAG).
a) Top of bottom floor (including basement, crawl space, or enclosure) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.
b) Top of bottom floor (including basement, crawl space, or enclosure) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the LAG.

E2. For Building Diagrams 6-9 with permanent flood openings provided in Section A Items 8 and/or 9 (see page 8 of Instructions), the next higher floor (elevation C2.b in the diagrams) of the building is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E3. Attached garage (top of slab) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E4. Top of platform of machinery and/or equipment servicing the building is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E5. Zone AO only: If no flood depth number is available, is the top of the bottom floor elevated in accordance with the community's floodplain management ordinance? ☐ Yes ☐ No ☐ Unknown. The local official must certify this information in Section G.

## SECTION F - PROPERTY OWNER (OR OWNER'S REPRESENTATIVE) CERTIFICATION

The property owner or owner's authorized representative who completes Sections A, B, and E for Zone A (without a FEMA-issued or community-issued BFE) or Zone AO must sign here. *The statements in Sections A, B, and E are correct to the best of my knowledge.*

Property Owner's or Owner's Authorized Representative's Name

Address City State ZIP Code

Signature Date Telephone

Comments

☐ Check here if attachments

## SECTION G - COMMUNITY INFORMATION (OPTIONAL)

The local official who is authorized by law or ordinance to administer the community's floodplain management ordinance can complete Sections A, B, C (or E), and G of this Elevation Certificate. Complete the applicable item(s) and sign below. Check the measurement used in Items G8, and G9.

G1. ☐ The information in Section C was taken from other documentation that has been signed and sealed by a licensed surveyor, engineer, or architect who is authorized by law to certify elevation information. (Indicate the source and date of the elevation data in the Comments area below.)

G2. ☐ A community official completed Section E for a building located in Zone A (without a FEMA-issued or community-issued BFE) or Zone AO.

G3. ☐ The following information (Items G4.-G9.) is provided for community floodplain management purposes.

| G4. Permit Number | G5. Date Permit Issued | G6. Date Certificate Of Compliance/Occupancy Issued |
|---|---|---|
| | | |

G7. This permit has been issued for: ☐ New Construction ☐ Substantial Improvement

G8. Elevation of as-built lowest floor (including basement) of the building: ____.____ ☐ feet ☐ meters (PR) Datum ____

G9. BFE or (in Zone AO) depth of flooding at the building site: ____.____ ☐ feet ☐ meters (PR) Datum ____

Local Official's Name Title

Community Name Telephone

Signature Date

Comments

☐ Check here if attachments

FEMA Form 81-31, February 2006 Replaces all previous editions

# Building Photographs
Continuation Page

| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No. 53828 NC 12 Highway | For Insurance Company Use: Policy Number |
|---|---|
| City Frisco State NC ZIP Code 27936 | Company NAIC Number |

If submitting more photographs than will fit on the preceding page, affix the additional photographs below. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View."




SEA LEVEL DIFFERENCE IN DARE COUNTY
CHANGED 0.99 OF A FOOT (1929 vs. 1988)

FARM BUREAU INSURANCE

NORTH CAROLINA FARM BUREAU MUTUAL INS CO
PO BOX 1592
RIDGELAND, MS 39157

Agent Phone: (252) 449-2109

NFIP Policy Number: 0020169023
Company Policy Number: FL110020169023
Agent: MARK E TILLETT

Policy Term: 04/12/2019 12:01 AM through 04/12/2020 12:01 AM
Renewal Billing Payor: FIRST MORTGAGEE

To report a claim visit or call us at: https://sfb.managemyfloodpolicy.com (800) 647-8052

# REVISED FLOOD INSURANCE POLICY DECLARATIONS

STANDARD POLICY - DWELLING FORM

DELIVERY ADDRESS

DANIEL E FELIX / CHRISTINE M HUTTEN
53828 NC HIGHWAY 12
FRISCO, NC 27936

INSURED NAME(S) AND MAILING ADDRESS
DANIEL E FELIX / CHRISTINE M HUTTEN
53828 NC HIGHWAY 12
FRISCO, NC 27936

COMPANY MAILING ADDRESS
SFB INSURANCE PROGRAMS
PO BOX 912519
DENVER, CO 80291-2519

PROPERTY LOCATION
53828 NC HIGHWAY 12
FRISCO, NC 27936

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

DESCRIPTION: N/A

RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 04/12/2019 | DATE OF CONSTRUCTION: | 11/09/2005 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 375348 0505 J REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | DARE COUNTY |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | AE |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | YES |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | AE |
| ADDITIONS/EXTENSIONS: | N - NO ADDITIONS/EXTENSIONS | ELEVATION DIFFERENCE: | 0 |
| BUILDING TYPE: | THREE OR MORE FLOORS | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

Look
<- Here

MORTGAGEE / ADDITIONAL INTEREST INFORMATION

FIRST MORTGAGEE: SPECIALIZED LOAN SERVICING ATTN: CUSTOMER SERVICE ISAOA/ATIMA PO BOX 620188 ATLANTA, GA 30362 — LOAN NO: 228823744

SECOND MORTGAGEE: — LOAN NO: N/A

ADDITIONAL INTEREST: — LOAN NO: N/A

DISASTER AGENCY: — CASE NO: N/A

DISASTER AGENCY:

PREMIUM CALCULATION — Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $250,000 | $5,000 | $60,000 | 1.670 | $190,000 | 0.080 | ($248.00) | $906.00 |
| CONTENTS | $0 | $0 | $0 | 0.730 | $0 | 0.120 | $0.00 | $0.00 |

Coverage limitations may apply. See your policy form for details.

Endorsement Effective Date: 08/28/2019

ENDORSEMENT PREMIUM: $0.00

First Mortgagee Changed

| | |
|---|---|
| *ANNUAL SUBTOTAL:* | *$906.00* |
| INCREASED COST OF COMPLIANCE: | $6.00 |
| COMMUNITY RATING DISCOUNT: 15% | ($137.00) |
| RESERVE FUND ASSESSMENT: 15.0% | $116.00 |
| PROBATION SURCHARGE: | $0.00 |
| *ANNUAL PREMIUM:* | *$891.00* |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $966.00 |
| PRORATA PREMIUM ADJUSTMENT: | |
| ADJUSTED ANNUAL PREMIUM: | |

IN WITNESS WHEREOF, we have signed this policy below and hereby enter into this insurance agreement.

Larry B. Wooten
Larry Wooten / President

H. Julian Philpott
Julian Philpott / Secretary

**Zero Balance Due - This Is Not A Bill**

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

We appreciate the opportunity to service your flood insurance needs.

Southern Farm Bureau Casualty Ins. Co. (NAIC 18325)

FARM BUREAU INSURANCE

SFB INSURANCE PROGRAMS
PO BOX 912519
DENVER, CO 80291-2519

# Standard Flood Insurance Policy Application

**Date** 03/13/2019 **Type** New

**Insured Name(s)**
DANIEL E FELIX
CHRISTINE M HUTTEN

**Application Number** 0020169023

**Mailing Address and Phone**
53828 NC HIGHWAY 12
FRISCO, NC 27936

**Home Phone:**
**Work Phone:**
**Cell Phone:**
**Email:**

**EffectiveDate** 04/12/2019 **Expiration Date** 04/12/2020

**PropertyAddress**
53828 NC HIGHWAY 12
FRISCO, NC 27936

**Property Address Type:** Property Description

**Waiting Period** Standard 30 Day Wait

**Agency Name, Address, and Phone**
NORTH CAROLINA FARM BUREAU MUTUAL INS CO
PO BOX 1592
RIDGELAND, MS 39157
**Email:** MARK.TILLETT@NCFBINS.COM
**Phone Number:** 800-647-8052
**Agent Name:** MARK E TILLETT

**Applicant Type:** Individual
**Membership Number**
**Prior Policy Number:**
**Prior Company Name:**
**Renewal Billing:** Insured

**Prior Company NAIC:**
**Potential Duplicate Policy:** No

| 1st Mortgagee | 2nd Mortgagee | Additional Interest | Disaster Agency |
|---|---|---|---|
| Phone Number: | Phone Number: | Phone Number: | Phone Number: |
| Fax Number: | Fax Number: | Fax Number: | Fax Number: |
| Loan Number: | Loan Number: | Loan Number: | Loan Number: |
| | | | Case Number: |
| Required under Mandatory Purchase: N/A | Required under Mandatory Purchase: N/A | Required under Mandatory Purchase: N/A | Required under Mandatory Purchase: N/A |

| Current Community Information | | Prior Community Information | |
|---|---|---|---|
| Community Name: | DARE COUNTY* | Community Number: | 375348 |
| | | Map Panel: | 0860 |
| Community Number: | 375348 | Map Panel Suffix: | E |
| Map Panel: | 0505 | Flood Zone: | AE |
| Map Panel Suffix: | J | Base Flood Elevation: | 7.0 |
| Current Flood Zone: | AE | FIRM Date: | N/A |
| Current Base Flood Elevation (BFE): | 8.0 | Has This Property Been Remapped?: | Yes |
| FIRM Date: | 10/08/1978 | Map Revision Date: | 09/20/2006 |
| Program: | Regular | Is the Flood Zone or Base Flood Elevation Grandfathered?: | Yes |
| Program Status: | Active and participating | Grandfathered As Result Of: | Built In Compliance |
| County: | DARE COUNTY | Prior Policy Number: | N/A |
| Current Map Date: | 09/20/2006 | | |
| Rating Map Date: | 12/20/2000 | | |

*Look Here* ←

**Construction/Substantial Improvement Date**

| | | | |
|---|---|---|---|
| Date of Original Construction: | 11/09/2005 | Post-FIRM Construction: | Yes |
| Construction Date Type: | Building Permit Date | Pre-FIRM Elevation Rated | No |
| Building Substantially Improved: | No | Substantial Improvement Date: | N/A |

**Prior NFIP Coverage**

| | |
|---|---|
| Has the applicant had a prior NFIP policy for this property: | N/A |
| Was the policy required under the mandatory purchase requirement: | N/A |
| Did the prior NFIP policy term lapse while coverage was required?: | N/A |
| Was the lapse of the prior term the result of a community suspension?: | N/A |
| Suspension Date: | N/A |
| Was the community reinstated: | N/A |
| Reinstatement Date: | N/A |

**Prior Flood Loss Information**

**Do any of these conditions, arising from 1 or more occurrences in any 10 year period, exist?** N/A

- 2 or more loss payments, each more than $1,000
- 3 or more loss payments, regardless of the amount
- 2 Federal flood disaster relief payments each more than $1,000
- 3 Federal flood disaster relief payments, regardless of the amount
- 1 flood insurance claim payment and 1 Federal flood disaster relief payment, each more than $1,000

**Note: Federal flood disaster relief payments also include loans and grants.*

**Building Information**

| | |
|---|---|
| Building Located In CBRS/OPA: | No |
| CBRS/OPA Designation Date: | N/A |
| Building In Course of Construction: | No |
| Building Walled and Roofed: | Yes |
| Building Located on Federal Land: | No |
| Coverage Req'd for Disaster Assistance: | No |
| Distance to Nearest Shoreline: | N/A |
| Source of Flooding: | N/A |
| Building Severe Repetitive Loss (SRL) Property: | No |

| | |
|---|---|
| Building Located Over Water: | Not Over Water |
| Is Part of Support System in Water: | N/A |
| Estimated Building Replacement Cost: | $250,000 |
| Other Structures At Same Location: | No |
| Is Other Structure Detached Garage: | N/A |
| Building has Additions/Extensions: | No |
| Addition/Extension Coverage for: | N/A |
| Building is on list of Historic Buildings: | N/A |
| Building is a Townhouse/Rowhouse: | |
| Property on NFIP SRL list, document(s) provided indicating non-SRL: | N/A |

**Property Ownership Information**

| | |
|---|---|
| Property Purchase Date: | 08/12/2005 |
| Coverage for Owner or Tenant: | Owner |
| Is the Coverage for the entire building? | Yes |
| Building a Rental Property: | No |
| Condominium Form Of Ownership: | No |

**Occupancy Information**

| | |
|---|---|
| Occupancy Type: | Single Family |
| Building Purpose: | Residential |
| Percentage of Residential Area: | 100% |
| Is this the Applicant's Primary Residence: | Yes |

| | |
|---|---|
| Number of Occupants: | N/A |
| Is the insured a small business with less than 100 employees? | No |
| Is the insured a nonprofit entity? | No |
| Is the building a house of worship? | No |
| Is the building an agricultural structure? | No |
| Building Desciption: | Main House |
| "Other" Description: | |

**Condominium Information**

| | |
|---|---|
| Number of Floors: | N/A |
| Number Of Units In Building: | N/A |
| Total Square Footage: | N/A |
| Non-Residential Square Footage: | N/A |
| Condominium Type: | N/A |

**Contents Location**

| | |
|---|---|
| Contents Location: | Throughout the House |
| Personal Property House-Hold Contents: | Yes |
| Personal Property Description: | N/A |

**Mobilehome/Travel Trailer Information**

| | |
|---|---|
| Mobile Home/Travel Trailer: | N/A |
| Wheels Removed (Travel Trailer Only): | |
| On Permanent Foundation: | N/A |
| Anchored By: | N/A |
| Year/Make/Model: | N/A |
| Serial Number: | N/A |
| Mobile Home/Trailer Dimensions: | N/A |
| Dimensions Of Extensions: | N/A |

**Foundation Information**

| | |
|---|---|
| Foundation: | Slab on Grade |
| Building Type: | Two Floors |

**Elevated Building Information**

| | |
|---|---|
| Elevated by Means of: | N/A |
| Is The Enclosure/Crawlspace Partially or Fully Enclosed: | N/A |
| Enclosure Wall Construction: | |
| Enclosure Wall Construction Description: | |
| Enclosure/Crawlspace Has More Than 20 Feet Of Finished Wall, Paneling, Etc.: | N/A |
| Enclosure/Crawlspace Used For Purpose Other Than Parking, Building Access Or Storage: | N/A |

Describe Use for Enclosed Area/Crawlspace:
N/A

| | |
|---|---|
| Enclosure/Crawlspace Size: | N/A |

**Mid-Level Foyer Information**

| | |
|---|---|
| Mid-Level Foyer Size: | N/A |
| Mid-Level Foyer used for Purposes other than Building Access: | No |

**Basement/Subgrade Crawlspace Information**

| | |
|---|---|
| Below Grade On All Sides: | N/A |
| Size of Subgrade Crawlspace (sq. ft.): | |
| Crawlspace Certified Built In Compliance: | N/A |
| Basement/Subgrade Crawlspace Has More Than 20 Feet Of Finished Wall, Paneling, Etc.: | N/A |
| Basement/Subgrade Crawlspace Used For Purposes Other Than Parking, Building Access Or Storage: | N/A |
| Description Of Use For Basement/Subgrade Crawlspace: | N/A |

**Garage Information**

| | | | |
|---|---|---|---|
| Garage Type: | Attached | Garage Wall Construction: | None |
| | | Garage Wall Construction Description: | |
| Is The Garage Partially or Fully | Not Enclosed | | |
| Garage Size: | 1400 | Garage Used For Purposes Other Than Parking, Building Access Or Storage: | No |
| Garage Has More Than 20 Feet Of Finished Wall, Paneling, Etc.: | Yes | Description Of Use For Garage: | |

**Elevator Information**

| | | | |
|---|---|---|---|
| Building Contains Elevators: | No | Elevator Wall Construction: | N/A |
| Elevators Below BFE/HAG: | N/A | Elevator Wall Construction Description: | |
| Is The Elevator Located Within An Enclosure: | N/A | Is The Elevator Partially or Fully Enclosed: | N/A |
| Number of Elevators: | N/A | Elevators Have More Than 20 Linear Feet Of Finished Wall, Paneling, Etc.: | N/A |
| | | Total Size of Elevators: | N/A |

**Venting Information (excluding V-Zones)**

| Enclosure/Crawlspace/Subgrade Crawlspace | | Garage | | Elevator | |
|---|---|---|---|---|---|
| Enclosure/Crawlspace Has Valid Flood Openings: | No | Garage Has Valid Flood Openings: | No | Elevator Has Valid Flood Openings: | N/A |
| Number of Openings: | N/A | Number of Openings: | N/A | Number of Openings: | N/A |
| Area of Permanent Openings (Sq. In.): | N/A | Area of Permanent Openings (Sq. In.): | N/A | Area of Permanent Openings (Sq. In): | N/A |
| Has Engineered Openings: | N/A | Has Engineered Openings: | N/A | Has Engineered Openings: | N/A |

| Building Machinery, Equipment and Appliances (Not Applicable for Slab Foundations) | | Garage Machinery, Equipment and Appliances | |
|---|---|---|---|
| Has Washer, Dryer, or Food Freezer | N/A | Has Washer, Dryer, or Food Freezer | No |
| Appliances: | N/A | Appliances: | N/A |
| Appliances Value: | N/A | Appliances Value: | N/A |
| Number of Washers: | N/A | Number of Washers: | N/A |
| Number of Dryers: | N/A | Number of Dryers: | N/A |
| Number of Food Freezers: | N/A | Number of Food Freezers: | N/A |
| Has Machinery and Equipment: | N/A | Has Machinery and Equipment: | No |
| Machinery and Equipment: N/A | | Machinery and Equipment: N/A | |
| Machinery and Equipment Value: | N/A | Machinery and Equipment Value: | N/A |

**Elevation Certificate Information (Not Applicable for PRP Policies)**

| | | | |
|---|---|---|---|
| Elevation Certificate Section Used: | C | Elevation Certificate Date: | 07/30/2007 |
| Diagram Number: | 1A | Floodproofing Certificate: | N/A |
| Lowest (Rating) Floor Elevation: | 7.2 | Flood Proofing Elevation: | N/A |
| Top of Bottom Floor: | 7.2 | Lowest Elevation of Appliances Servicing the Building: | N/A |
| Top of Next Higher Floor: | 18.0 | Elevation Difference: | -1.0 |
| Mid-Level Foyer: | N/A | Grandfathered Elevation Difference: | 0.0 |
| Bottom of Lowest Horizontal Structural Member: | N/A | Elevation Datum Used: | NGVD1929 |
| Garage Elevation: | 7.2 | | |
| M & E Elevation: | N/A | | |
| Lowest Adjacent Grade (LAG): | 4.5 | | |
| Highest Adjacent Grade (HAG): | 6.7 | | |

## Premium Calculations — *Standard*

| | Coverage | Deductible | Basic Coverage | Basic Rate | Add'l Coverage | Add'l Rate | Ded. Discount/Surcharge | Premium |
|---|---|---|---|---|---|---|---|---|
| Building | $250,000 | $5,000 | $60,000 | 1.670 | $190,000 | 0.080 | ($248.00) | $906.00 |
| Contents | $0 | $0 | $0 | 0.730 | $0 | 0.120 | $0.00 | $0.00 |
| | | | | | | | Annual Subtotal: | $906.00 |
| | | | | | | | ICC Premium: | $6.00 |
| | | | | | | | Community Discount: (15%) | ($137.00) |
| | | | | | | | Reserve Fund Assessment: 15% | $116.00 |
| | | | | | | | Probation Surcharge Amount: | $0.00 |
| | | | | | | | Total Written Premium: | $891.00 |
| | | | | | | | HFIAA Surcharge Amount: | $25.00 |
| | | | | | | | Federal Policy Service Fee: | $50.00 |
| | | | | | | | Total: | $966.00 |

Please be aware that these quotes are subject to a full underwriting review of all documentation and rates may change based on that review.

A separate flood insurance policy is required for each building with the following exception: Under the Standard Flood Insurance Policy Dwelling Form, appurtenant structure coverage may apply to a detached garage at the described location provided the detached garage is not used for dwelling, business, or farming purposes. Coverage is limited to 10% of the limit of liability on the dwelling and reduces the building limit of liability.

The above statements are correct to the best of my knowledge. I understand that any fraudulent statements may be punishable by fine or imprisonment under the applicable federal law. The Federal Emergency Management Agency (FEMA) provides flood insurance under the terms of the National Flood Insurance Act of 1968 and its Amendments, and Title 44 of the Code of Federal Regulations. The premium shown above must comply with FEMA rules and rates and may be revised in accordance with applicable policy provisions.

### Signatures

_________________________ 03/13/2019 _________________________

*Signature of Agent/Producer* **Date** *Signature of Insured* **(Optional)**

This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

PDF Creation: 03/13/2019 02:06 PM Pacific Standard Time

Application Produced For: SFS INSURANCE PROGRAMS

Occidental Fire And Casualty Company Of Nc
Flood Insurance Processing Center
P.O. Box 2057; Kalispell, MT 59903-2057
Phone: (800) 759-8656

April 06, 2020 ***FILE COPY***

Felix, Oaniel
Po Box 544
Frisco, NC 27936-0544

RE:

| | | |
|---|---|---|
| Insured | : | Felix, Oaniel |
| Property Add | : | 53828 Nc Hwy 12<br>Frisco, NC 27936-0000 |
| Policy # | : | 99040951972015 |
| Date of Loss | : | 10/08/2016 |
| Reference No | : | 99-04095197-2015 |

Oear Bay Area Claims Services, Inc

The experts invoice has been processed.

Sincerely,
Flood Claims Department

:SAEPAYMENT

Loss Draft Department
P.O. Box 6501
Springfield, OH 45501

CHRISTINE M HUTTEN
PO BOX 544
FRISCO NC 27936

THE ORIGINAL DOCUMENT HAS A TRUE WATERMARK. HOLD AT LIGHT TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Occidental Fire & Casualty**
Flood Insurance Processing Center
P.O. Box 2057 Kalispell, MT 59903 - 2057

SLS Rec'd
JAN 0 2 2020
Teller 6

JPMorgan Chase Bank N.A.
Milwaukee, WI

************** CAUTION **************
Multiple party checks require signatures of all payees.

602704892 No. 602704892

12-1
750

DATE 8/08/2019

AMOUNT $21,284.33

PAY --TWENTY-ONE THOUSAND TWO HUNDRED EIGHTY-FOUR AND 33/100-----DOLLARS

Void if not cashed within 6 months

TO THE ORDER OF
FELIX, DANIEL and HUTTEN, CHRISTINE
and BANK OF AMERICA NA ITS SCCSSRS and BANK OF AMERICA NA ISAOA ATIMA

MAIL TO:
DANIEL FELIX
CHRISTINE HUTTEN
PO BOX 544
FRISCO, NC 27936

10202 89080

⑈060 2704892⑈ ⑆075000019⑆ 838297059⑈

Daniel
Po Bo
Frisco, NC

CERTIFIED MAIL

7017 3380 0000 5543 5100

UNITED STATES POSTAGE
PITNEY BOWES
$ 008.40⁰
02 1P
0001979139 JUN 10 2020
MAILED FROM ZIP CODE 27936

RECEIVED
JUN 15 2020

Pres David Pirrung
Occidental Fire And Casualty Company
of NC
IAT Insurance Group
702 Oberlin Road
Raleigh, NC
27605

Blinson
IAT Group
702 Oberlin Road
Raleigh, NC 27605

U.S. POSTAGE PITNEY BOWES
ZIP 27605 $ 007.75⁰
02 4W
0000335509 JUN 16 2020

JUN 20 2020

National Flood Services
P.O. Box 2057
Kalispell, Montana 59903-2057

RECEIVED

JUN 15 2020

**STATE OF NORTH CAROLINA**

DARE County

File No. 20 CVS 240

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
Daniel Felix, Christine Hutten

Address
53928 NC Hwy 12, Po Box 544

City, State, Zip
Frisco, NC 27936-0544

VERSUS

Name Of Defendant(s)
David Pirrung + Michael Blinson
Occidental Fire And Casualty Company of NC + Service Insurance Company
IAT Insurance Group

## CIVIL SUMMONS

☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| David Pirrung<br>702 Oberlin Road<br>Raleigh, NC 27605 | Michael Blinson<br>702 Oberlin Road<br>Raleigh, NC 27605 |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff)
Daniel Felix + Christine Hutten
53928 NC Hwy 12 Po Box 544
Frisco, NC 27936-0544

Date Issued 6/5/20 Time 11:22 ☒ AM ☐ PM

Signature M. Melkins

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time ☐ AM ☐ PM

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| | |
|---|---|
| *Service Fee Paid* $ | *Signature Of Deputy Sheriff Making Return* |
| *Date Received* | *Name Of Sheriff (type or print)* |
| *Date Of Return* | *County Of Sheriff* |

AOC-CV-100, Side Two, Rev. 4/18

© 2018 Administrative Office of the Courts

20 CVS 240

**In The SUPERIOR COURT OF DARE COUNTY**
**STATE OF NORTH CAROLINA**

PLAINTIFFS, Daniel Felix and Christine Hutten
53828 NC Hwy 12
PO Box 544
Frisco, NC 27936-0544

V. CIVIL ACTION NO. 20-CVS-240

DEFENDANTS,
Occidental Fire And Casualty Company of NC
Michael D. Blinson
Pres. David Pirrung
702 Oberlin Road
Raleigh, NC 27605-1102

IAT Insurance Group INC.
Pres. David Pirrung
702 Oberlin Road
Raleigh, NC 27605-1102

Service Insurance Company
Pres. David Pirrung
702 Oberlin Road
Raleigh, NC 27605-1102

FILED
2020 JUN -5 A 11:22
DARE CO., C.S.C.
BY

**CIVIL COMPLAINT**

**Plaintiffs ask for a jury trial in this matter. Their complaint is as follows:**

1. Upon completing construction of their home in 2007,Plaintiffs purchased flood insurance for full coverage of all 3 floors of their home through the National Flood Insurance Program NFIP. Their insurance agents,TLC Insurance, purchased the Standard Flood Insurance Policy from the IAT Insurance Group and it was issued by the Occidental Fire And Casualty Company Of NC and the Service Insurance Company. This is stated on the flood insurance declaration page sent to Plaintiffs. It was effective

from Oct. 10th 2015 to Oct. 10th 2016. And that policy was paid in full through plaintiff's escrow account for the home.

2. Plaintiffs home,3 floors, is all built above the base flood elevation that was established and used by FEMA at the time the Building Permits were drawn for the house. This includes the first floor which is raised above the base flood elevation with a one foot thick,two feet high concrete footer, with interlocking slab on top. This is the foundation of the structure. Plaintiff also chose to run timbers,sometimes used as pilings, through the first floor,some ending at the second floor and some ending at the base of the third floor, for structural stability and to Hurricane proof their home.But they are not the base foundation of the home-the concrete footer and slab is the "raised" foundation that supports and anchors the structure.

3.Plaintiffs home located at 53828 NC Hwy 12,Frisco, NC 27936, is legally built in all respects and Building Codes to be heated/finished living space built above the base flood elevation on the first floor and all consecutive floors.Heated/finished living space cannot legally be built below the base flood elevation in Dare County NC. Plaintiffs have a valid certificate of occupancy issued by the Building Permits And Inspections Office of Dare County for all 3 floors issued in 2007 when the home was newly built. Building Permits also confirm the first floor designated as heated/finished living space. This makes the first floor fully insurable for all aspects of damages by flood by the policy issued by the NFIP.

4. During the flood insurance purchase, Plaintiffs took painstaking efforts to assure all three floors were fully insured and that the insurance provider understood the Elevation Certificate issued the surveyor declared all three floors built above the base flood

elevation established at the time permits were drawn and construction was under way. The surveyor, Freddy Rankin, also rewrote the notes in the Elevation Certificate to clarify for the flood insurance provider and personally called to explain to them the description in the notes. And this Elevation Certificate made it clear to all involved that the first floor of the house was built above the base flood elevation that was established at the time of construction. Then the surveyor made a chart in 2010 that clearly depicts the slab above the base flood elevation when the flood insurance provider again revisited the findings in the Elevation Certificate and the issue was resolved in Plaintiffs favor. And even now there is nothing to refute that the first floor of the house IS built above the base flood elevation established during the construction period and it is legal heated/finished living space that was fully insurable by the NFIP. Plaintiffs are also stating they purchased full coverage insurance for the first and every consecutive floor of their home which includes the entire structure and contents and were convinced by the insurance providers that that is what they had purchased. Plaintiffs have paid for this policy since 2007-over ten years.

5. On Oct. 8th 2016 Plaintiffs had flood damage to the first floor of their home from Hurricane Matthew. A timely Proof Of Loss was filed by Plaintiffs in the amount of $62,389.51 on 4/27/17 which is not contested. The Service Insurance Company denied Plaintiffs the ability to file a Proof Of Loss for contents claiming by phone and e-mail the contents were not covered under the policy which is false. On July 14, 2017 the Service Insurance Company (IAT INSURANCE GROUP) denied most of Plaintiffs claim for damages and only agreed to a payment of $21,284.33 covering only the homes HVAC and hot water equipment. And denying any claim for the structural damage caused by

the flood to finished walls,doors floors,etc. or for any contents. The Service Insurance Company's claim denied that the first floor was above the base flood elevation or that it met the standards of the policy of a "raised floor" built on footer and slab. They erroneously disputed the structural nature of the home despite the abundance of documents proving otherwise provided by the Surveyor,the Building Inspectors,etc. A timely appeal was filed in the office of the FEMA NFIP Appeals Division on Aug. 31, 2017 by Plaintiffs attorney, Attorney Ronald Baker,which was accompanied by irrefutable pictures of the house during construction of the house built on and sitting on the concrete footer and slab and the Elevation Certificate declaring that slab above the base flood elevation. Plaintiffs appeal is yet to be answered in their favor and Plaintiff is now timely filing this lawsuit as required by the one year statute of limitations.

6.On July 6th 2018,during the appeal process, Appeal Examiner Anthony Thorne stated that if Plaintiffs could obtain a statement by a certified engineer that if any portion of the house rests on the concrete footer and slab then the house's first floor would be considered the first raised floor of the house and that the claim would then be paid in full and the house full covered under the NFIP policy. Plaintiff's then obtained a certified statement from a certified engineer from Kitty Hawk Engineering that the first elevated floor of the house was the first floor of the home and that the concrete footer and slab was in fact the foundation of the entire structure and thereby supporting all subsequent floors as FEMA requested. FEMA, without justification after having been provided the engineer certified statement, which is not in dispute,still continued to ignore Plaintiff's claim for flood damages. And a timely lawsuit was filed in US District Court for the NON-ELEVATED V. ELEVATED issue of the claim.[ Plaintiffs claim was simple any

floor built below the BFE must have break away walls,flood vents, and no electrical or plumbing run through the walls-Plaintiff is above the BFE and has finished secure walls with insulation and sheet rock and there is electrical and plumbing run through the walls-Plaintiff supplied pictures of the walls with 2-200 amp panels secured clearly to the 1st floor wall, the Elevation Certificate, an Engineers Report indicating a non-elevated building, pictures of the concrete footer and slab meeting the definition of a non-elevated building] Defendants attorney removed the fraud portion of the claim from federal court claiming it was a extra contractual claim not in their jurisdiction and was the jurisdiction of the NC State Courts. The fraud portion of that claim is now timely before this Court. The non-elevated issues of that claim were dismissed on technical procedure and never adjudicated on the merits. This gives this court now jurisdiction over the merits of the non-elevated claim. But as a separate claim to the issues of fraud for their damages claim letter and fraud for failure to pay the claims admitted to in that letter.Those claims are detailed in items 8 and 9 below.

7. Plaintiffs are therefore filing this lawsuit for the full payment of flood damages to their home to include structural and contents. And for action to be taken against the Service Insurance Company,IAT Insurance Group, and Occidental Fire and Casualty Company Of NC for selling fraudulent flood insurance policies and for defrauding them out of their insurance claims.

8. On July 14th, 2017 the Service Insurance Company issued a letter from their employee named Misty Archer approving the claim for an elevated building and denying the full coverage for a non-elevated building. This letter specifically stated what was to be covered by policy. Yet most of what was clearly stated as covered in the letter and

was found to be damaged from the flood was not being paid for by the amount allocated in the check. Here while the Service Insurance Company was admitting coverage and these items from the letter were clearly damaged by flood they tried to defraud plaintiffs by not paying for and including those items in the check. And they then tried to get Plaintiffs to release them from that fraud by adding a line stipulating that if they cashed the $21,284.00 check they were not entitled to any additional funds. This stipulation is also a fraud. The NFIP Policy sold to Plaintiffs allow for exact amounts greater than estimates to be paid for upon additional damage costs or extra estimates. The Service Insurance Company tried to defraud Plaintiffs out of the full range of the commitments of the policy sold to them by trickery. To date NO AMOUNTS HAVE BEEN PAID TO PLAINTIFFS. Plaintiffs were sold a fraudulent flood policy by the Service Insurance Company. And even after they admitted to owing amounts associated with the flood damage claims kept the money and have kept the money owed to Plaintiffs.

9. On May 5th, 2020 Plaintiffs sent a letter and documents notifying President David Pirrung of the lack of payment for the flood claim, the exact amount owed per their claim letter $57,294.25, documents showing the deductible subtracted twice, NOTICE OF THE FRAUD Service Insurance Company was committing, THE FRAUD their attorney was accused of committing on National TV News, and all documents proving Plaintiffs claims. The $57,294.25 just representing the amount they stated they would cover in their letter for an elevated building aside from the amount that would be owed for a non-elevated building. Enclosed in the May 5th 2020 letter is the letter to Supervisor Scott Lapine dated 2/7/2020 returning the fraudulent check and the invoice from Daniel Felix for $57,294.25 he is owed for work performed and amounts spent. And those

documents and invoice were acknowledged by a letter from Occidental Fire And Casualty Company Of NC flood insurance processing center dated April 6th 2020. A copy of the may 5th 2020 letter was also addressed to and sent to FEMA Director Peter Gaynor at the same time with all attachments. Notice of claim was received by President Pirrang and has yet to be responded to by making payment.

**Plaintiffs are therefore owed $57,294.25 for the actual amounts admitted to in Service's damages letter, $15,000.00 dollars more for structure damages and $15,000 dollars for contents (property) for a non-elevated building , and whatever the jury feels just for the acts of fraud.**

Christine Hutten 6/3/2020
Christine Hutten, pro se

6/3/20
Daniel Felix, pro se
53828 NC Hwy 12
PO Box 544
Frisco, NC 27936-0544

# EXHIBIT A

**Policy Number:** 99040951972015

## FLOOD POLICY DECLARATIONS

Service Insurance Company

Standard Policy

**Type:** Renewal
**Policy Period:** 10/09/2015 To 10/09/2016
**Form:** Dwelling

For payment status, call: (888) 245-7274
These Declarations are effective
as of: 10/09/2015 at 12:01 AM

**Producer Name and Mailing Address:**
TLC INSURANCE INC
3701 N CROATAN HWY
KITTY HAWK, NC 27949-9236

**Agent/Agency #:** 08661-00000-000
**Reference #:**
**Phone #:** (252)480-3595

**Insured Name and Mailing Address:**
FELIX, DANIEL
HUTTEN, CHRISTINE
PO BOX 544
FRISCO, NC 27936-0544

**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057 Kalispell MT 59903-2057

**Property Location:**
53828 NC HWY 12
FRISCO, NC 27936

**Primary Residence:** Y
**Premium Payor:** 1st Mortgagee
**Flood Risk/Rated Zone:** AE **Current Zone:** AE
**Community Number:** 37 5348 0505 E
**Community Name:** DARE COUNTY*
**Grandfathered:** Yes
Post-Fire Construction
**Program Type:** Regular

**Building Description:**
Single Family
Three or More Floors
Elevated With Enclosure

**Elev Diff:** 0
**Elevated Building:** Y
Includes Addition(s) and Extension(s)
**Replacement Cost:** $429,000
**Number of Units:** 1

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| [illegible] | 250,000 | .680 / .100 | 1,250 | 12- | 586.00 |
| [illegible] | 100,000 | .360 / .120 | 1,250 | 6- | 181.00 |
| [illegible] | Enclosure and Above | | | | |

THIS IS AN ELEVATED BUILDING. COVERAGE IS LIMITED BELOW THE LOWEST ELEVATED FLOOR. SEE PROPERTY NOT COVERED IN STANDARD FLOOD INSURANCE POLICY.

| [illegible] | |
|---|---|
| [illegible] | 767.00 |
| [illegible] | 4.00 |
| [illegible] | 77.00 |
| [illegible] | 104.00 |
| [illegible] | 25.00 |
| [illegible] | 45.00 |
| [illegible] | .00 |
| [illegible] | .00 |
| [illegible] | 868.00 |

Coverage Limitations May Apply. See Your Policy Form for Details.

**First Mortgage:**
BANK OF AMERICA NA
ITS SCCSSRS & OR ASSIGNS ATIMA
PO BOX 961291
FORT WORTH, TX 76161-0291
Loan#: 228823744

**Second Mortgage:**
BANK OF AMERICA NA
ISAOA ATIMA
PO BOX 961291
FORT WORTH, TX 76161-0291
Loan#: 68011021298599

**Loss Payee:**

**Disaster Agency:**

This Declaration Page, in conjunction with the policy, constitutes your Flood Insurance Policy.
In WITNESS WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

President

Secretary

May 05, 2020

President David Pirrung
Occidental Fire And Casualty Company Of NC
Service Insurance Company
IAT Insurance Group
PO Box 2057
Kalispell, MT 59903-2057
800-759-8656

RE: Insured Daniel Felix and Christine Hutten, Property: 53828 NC Hwy 12, Frisco, NC, 27936 - Date Of Loss: 10/08/2016 Policy # 99040951972015

Documents Enclosed: Letter To Supervisor Scott Lapine dated 2/7/2020, Letter From Service via Misty Archer dated July, 14, 2017,
Estimate From Service via Joseph Cox dated 3/6/2017, Elevation Certificate, Current Flood Insurance Policy from Farm Bureau Insurance
indicating the NFIP has rated the building as NON-ELEVATED (using the correct flood map) and GRANDFATHERED in for full coverage

Dear President David Pirrung and FEMA/National Flood Insurance Director Peter Gaynor,

Enclosed please find the documents proving that you have defrauded us out of our Hurricane Matthew flood damages claim.

Specifically, the letter from Service and Misty Archer dated July 14, 2017, clearly shows we are owed for the damages outlined in that letter per NFIP Policy but you refuse to pay even for the damages you yourselves stated in this letter. To date we have been paid nothing. We have submitted in the letter to Service and Scott Lapine dated 2/7/2020 the damages that are actually owed in a detailed estimate. And that the amounts are past due.

We are again officially notifying you and the FEMA/NFIP Director Peter Gaynor that you have sold us fraudulent flood insurance and defrauded us out of our valid flood claim.

We have been moreover abused by the Service Insurance Company's law firm, the law firm of NIELSEN & TREAS LLC. who were featured on the CBS Evening News with Jeff Glor for defrauding flood victims like ourselves out of valid flood claims and bilking the NFIP Funds we pay for with our premiums for legal fees. A review of our case shows they are again bilking the NFIP Fund and denying us our valid flood insurance claim. Enclosed documents show we are not only being defrauded out of our NON-ELEVATED BUILDING claim BUT are being defrauded out of what they claim we are legally owed.

If resolution does not happen prior to July 2020 then we will be forced to file another lawsuit in Dare County NC Superior Court for the fraud. Yet another abuse flood victims who bought flood insurance through the National Flood Insurance Company should not be enduring after a flood!

Sincerely,

5/5/20

Daniel Felix date

53828 NC Hwy 12
PO Box 544
Frisco, NC 27936

Christine Hutten 5-05-2020

Christine Hutten date

Service Insurance Company
Flood Ins. Processing Center
Supervisor Scott Lapine
PO Box 2057
Kalispell, MT, 59903
913-218-3771

RE: Insured Daniel Felix, Property: 53828 NC Hwy 12, Frisco, NC, 27936, Date Of Loss: 10/08/2016, Policy # 99040951972015

Enclosed please find 1. the check for $21,284.33 that has expired, 2. an invoice for the actual amounts for damages and the additional amounts owed, 3. a copy of your letter from agent Misty Archer detailing what is covered despite the ongoing litigation over elevated v. non elevated designation of the structure, 4. the Elevation Certificate. 5. current flood policy designating building as NON-ELEVATED and grandfathered using the correct flood map.

The NFIP rules state that we are entitled to compensation for the "actual costs" even if they are over your adjusters estimates. Your estimates are deficient in certain areas and we request here in writing that they be adjusted upward and the difference paid when the check is reissued. The amounts below are only what you state in your letter that apply for this check you have issued and admitted your company owes.

I am the contractor as well as the half homeowner who has done all the work. I am not a borrower on any loan associated with the the property and my check needs to be issued free of any incumbrance of any second or third parties. The insurance policies on the property were all originally purchased by me. Christine Hutten was added as an authorized party. Therefore, her loan associated with the property does not apply to me or what is owed to me. I do not agree to have my money for the policy controlled by the mortgage servicer.

By her signature below she is releasing all amounts to me for the repairs.

I Christine Hutten agree that Daniel Felix has made repairs to the above property and is owed the full amount of the coverage of the damages covered by the policy and your letter. I hereby release my claim to the damages check issued by the Service Insurance Company.

Christine Hutten 02-07-2020
Christine Hutten Date

Below please find the amounts I am owed for the repairs that have been completed so far, according to your letter stated from July 14th 2017. This in no way settles our Proof Of Loss for a non-elevated building or the fraud you have committed by applying the wrong Flood Map to our property or your negligence in not seeing the correct elevation

and designation of the property in the notes of the Elevation Certificate on file for this property. FEMA and the NFIP underwriters have issued a correct policy through Farm Bureau Insurance that clearly states the building is non-elevated and grandfathered for full coverage of the first floor using the correct flood map that was in place when the building permits were issued. The flood map that the surveyor clearly states applies in his notes in the Elevation Certificate. If not for your negligent oversight the fraudulent policy would not have been issued and the current litigation would not be happening. MEANWHILE, the DAMAGES YOU HAVE ADMITTED TO are not as yet paid for and I am owed the amounts listed below until the other issue of elevated v. non-elevated can be settled. ADDITIONALLY, you have subtracted the policies deductible twice in the documents you have provided to us- your adjuster deducted in his estimate then Ms. Archer deducted it again in her letter-see attached documents. WE ARE THEREFORE OWED AN ADDITIONAL $1,250.00 plus the amounts below. According to your attorney and filings with the US Dist. Court, the proper venue for this issue is the Dare County Superior Court but we are hoping by this letter to settle the correct amount of what you admit you owe per NFIP Policy without having to file. Again, I am the homeowner but also the contractor who designed and built the house. And I still operate a construction and home repair business at this address here in Dare County, NC. And we have repair costs to the HVAC units pending their replacement should there be further delays in receiving the full replacement amounts that we are owed per FEMA/NFIP Policy. We sincerely hope we can at least resolve these amounts without further litigation so that some repair of our home can go forward. The continued repair and maintenance of the old units and damaged structure is depleting the loss we are owed and wish to correct the damages permanently rather than continue to lose money on just temporary repairs that do not correct the damages.

RECEIPT FOR DAMAGES (ADDITIONS TO PROOF OF LOSS)

| | |
|---|---|
| Clean up of flooded 1st floor: 62 hours x $65.00 per hour= $4,030.00 | |
| minus- adjusters previous amounts included in check for $21,284.33: | -109.20 |
| | - 8.37 |
| | -1,231.49 |
| | -288.22 |
| Additional amount owed for clean up: | =$2392.92 |
| Ongoing repairs to HVAC not included in replacement estimate: | |
| remove and replace HVAC closet 1st floor | = $3,700.00 |
| Repair of Front steps: | = $1,645.00 |
| minus adjusters previous amount included in check | -250.00 |
| Additional amount owed for step replacement; | =$1,395.00 |
| Replace Whirlpool Washer and Dryer ( salt water in both bottom panels and rusted) | = $750.00 service and |
| replace electrical board found bottom rusted from flood | |
| -New Whirlpool Washer and Dryer + Installation | = $3,200.00 |
| Replace 1st floor refrigerator | = $400.00 |

Per Letter: Replace Sheet Rock and Insulation
not finished 314 linear ft. X $73.00 per ft. =$22,922.00

TOTAL ADDITIONAL DAMAGES $34,759.92 to be added
to the previous estimate of $21,284.33

2nd Deductible Mistake $1,250.00

Total of New Check owed: $57,294.25 (Please forward to below address this is the amount owed per your letter)
This is the amount owed per the items you claim are covered in your letter dated July 14th 2017 from Misty Archer
that are not in litigation. Final Notice.

2/7/2020

DANIEL FELIX Date
53828 NC Hwy 12
PO Box 544 (mailing address)
Frisco, NC 27936
252-207-6777

Service Insurance Company
Flood Insurance Processing Center
P.O. Box 2057; Kalispell, MT 59903-2057
Phone: (800) 759-8656 Fax: (866) 528-3252

July 14, 2017

Logan Dewitt. supervisor Scott.
919-218-3771 Lapine

Felix, Daniel
Po Box 544
Frisco, NC 27936-0544

RE: Insured : Felix, Daniel
Property Add: 53828 Nc Hwy 12
Frisco, NC 279360000
Policy # : 99040951972015
Date of Loss: 10/08/2016
Reference No: 99040951972015

Dear Daniel Felix and Christine Hutten:

Please be advised the below referenced flood claim payment was previously sent out under separate cover:

| | | |
|---|---|---|
| Building covered damages | | $20,367.88 |
| Building deductible | - | $1,250.00 |
| Recoverable depreciation | + | $2,166.45 |
| Building Amount | = | $21,284.33 |

The Independent Adjuster's final report indicates there is damage to contents. The Independent Adjuster has advised that we have not received your contents inventory list, therefore we have closed your claim based on this information. If this is incorrect please notify us immediately.

With regard to the above-referenced flood claim, we have received a signed Proof of Loss in the amount of $62,389.51 and a Replacement Cost Proof of Loss in the amount of $44,172.62. We are accepting $19,117.88 of the Proof of Loss and accepting $2,166.45 of the Replacement Cost Proof of Loss. We are rejecting $43,271.63 of the Proof of Loss and rejecting $42,006.17 of the Replacement Cost Proof of Loss as the amount is unsubstantiated due to post firm limitations. Please refer to the Standard Flood Insurance Policy Section: VII. General Conditions, M. Loss Payment.

During the adjustment of your loss, we discovered the insured building is a post-FIRM, elevated building in zone AE. In accordance with the Standard Flood Insurance Policy, we are denying payment for all non-covered items located below the lowest elevated floor of your post-FIRM elevated building, pursuant to the Standard Flood Insurance Policy:

III. PROPERTY COVERED

A. COVERAGE A - BUILDING PROPERTY

8. Items of property in a building enclosure below the lowest elevated floor of an elevated post-FIRM building located in Zones A1-A30, AE, AH, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, V1-V30, or VE, or in a basement, regardless of the zone. Coverage is limited to the following:

a. Any of the following items, if installed in their functioning locations and, if necessary for operation, connected to a power

source:

(1) Central air conditioners;
(2) Cisterns and the water in them;
(3) Drywall for walls and ceilings in a basement and the cost of labor to nail it, unfinished and unfloated and not taped, to the framing;
(4) Electrical junction and circuit breaker boxes;
(5) Electrical outlets and switches;
(6) Elevators, dumbwaiters, and related equipment, except for related equipment installed below the base flood elevation after September 30, 1987;
(7) Fuel tanks and the fuel in them;
(8) Furnaces and hot water heaters;
(9) Heat pumps;
(10) Nonflammable insulation in a basement;
(11) Pumps and tanks used in solar energy systems;
(12) Stairways and staircases attached to the building, not separated from it by elevated walkways;
(13) Sump pumps;
(14) Water softeners and the chemicals in them, water filters, and faucets installed as an integral part of the plumbing system;
(15) Well water tanks and pumps;
(16) Required utility connections for any item in this list; and
(17) Footings, foundations, posts, pilings, piers, or other foundation walls and anchorage systems required to support a building.

b. Clean-up.

B. COVERAGE B - PERSONAL PROPERTY

3. Coverage for items of property in a building enclosure below the lowest elevated floor of an elevated post-FIRM building located in Zones A1- A30, AE, AH, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, V1-V30, or VE, or in a basement, regardless of the zone, is limited to the following items, if installed in their functioning locations and, if necessary for operation, connected to a power source:

a. Air conditioning units, portable or window type;
b. Clothes washers and dryers; and
c. Food freezers, other than walk-in, and food in any freezer.

In the unfortunate event that you experience another flood, we recommend you keep in a safe place, out of the reach of future flooding, all repair receipts and invoices documenting the completion of the building repairs, and if applicable, the repair/replacement of your personal property. This will assist in verifying that building repairs were completed and, if applicable, the age, condition and value of personal property. Having this information will help expedite the handling of any future claim.

Please note: Pursuant to the Standard Flood Insurance Policy, VII General Conditions Q. Mortgage Clause, A loss payable under Coverage A - Building Property will be paid to any mortgagee of whom we have actual notice as well as any other mortgagee or loss payee determined to exist at the time of loss, and you, as interests may appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

The Standard Flood Insurance Policy is a federal policy under the jurisdiction of the federal government issued pursuant to the National Flood Insurance Act of 1968 and applicable federal regulations in Title 44 of the Code of Federal Regulations, Subchapter B.

If you do not agree with our decision to deny your claim, in whole or in part, Federal law allows you to appeal that decision within 60 days of the date of this denial letter. Your appeal must be in writing and include: a copy of this letter, a copy of the completed Proof of Loss form you submitted to the insurer, your written statement of the basis for the appeal and all the documentation which supports your written statement.

The appeal must be sent to:

DHS-FEMA-FIMA
Mitigation Directorate, Federal Insurance Administrator

400 C St. SW, Room 313
Washington, D.C. 20472-3020

You should not appeal your claim or any part of it, unless it has been denied by this letter. If you do and your claim has not been denied, in whole or in part, FEMA will return your appeal to you for not complying with their regulation. If you disagree with your insurance settlement and the item of your disagreement is not denied by this letter, you should submit a detailed request with the documentation which fully supports your position directly to us for consideration as a supplemental claim. The FEMA appeals process cannot overturn a denial when coverage is not afforded by the Standard Flood Insurance Policy. Federal assistance may be available to you if your flood loss is within a city or county included in a disaster declaration by the President of the United States. In such cases you may contact FEMA at (800) 621-3362 or register online at http://www.fema.gov.

VII. GENERAL CONDITIONS

R. Suit Against Us

You may not sue us to recover money under this policy unless you have complied with all the requirements of the policy. If you do sue, you must start the suit within 1 year after the date of the written denial of all or part of the claim, and you must file the suit in the United States District Court of the district in which the insured property was located at the time of loss. This requirement applies to any claim that you may have under this policy and to any dispute that you may have arising out of the handling of any claim under the policy.

If you have any questions, please call (800) 759-8656.

Waiving none, but reserving all rights and defenses under the policy, we remain,

Sincerely,

Misty Archer
Service Insurance Company
Flood Claims Processing Center

cc: Tlc Insurance Inc
Bay Area Claims Services, Inc
Bank Of America Na
Bank Of America Na
Sharp, Graham, Baker and Varne

| | | | |
|---|---|---|---|
| INSURED | : Daniel Felix | DATE OF REPORT | : 03/06/2017 |
| LOCATION | : 53828 NC Hwy 12 | DATE OF LOSS | : 10/08/2016 |
| | : Frisco, NC 279360000 | POLICY NUMBER | : 99040951972015 |
| COMPANY | : Service Insurance Company | CLAIM NUMBER | : 6488 F |
| | : C/o National Flood Services | OUR FILE NUMBER | : 6488 F |
| | : Kalispell, MT 5990-2057 | ADJUSTER NAME | : Joseph Cox |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| Repair Item Totals | $20,890.05 | $2,002.46 | $18,887.59 |
| General Contractor Overhead (8.0%) | $1,671.20 | $160.19 | $1,511.01 |
| General Contractor Profit (0.0%) | $0.00 | $0.00 | $0.00 |
| Estimate Totals With O&P | $22,561.25 | $2,162.65 | $20,398.60 |
| Applicable Sales Tax<br>Rate: 6.7500% (Includes M,L,E,O,P,A) | $1,522.88 | $145.97 | $1,376.91 |
| Estimate Grand Totals | $24,084.13 | $2,308.62 | $21,775.51 |
| Less Deductible | ($1,250.00) | | ($1,250.00) |
| **BUILDING FINAL TOTALS** | **$22,834.13** | **$2,308.62** | **$20,525.51** |

| | |
|---|---|
| **RECOVERABLE DEPRECIATION *** | **$2,308.62** |
| **NON-RECOVERABLE DEPRECIATION** | **$0.00** |

*This amount represents the total recoverable depreciation for this estimate. Any payable recoverable depreciation is subject to policy coverage limit. Please check policy coverage limit prior to issuing any recoverable depreciation reimbursements.

Sales Tax Legend: M - Materials. L - Labor. E - Equipment, O - Overhead. P - Profit. A - Additional Items

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/7.0

Total Page

U.S. DEPARTMENT OF HOMELAND SECURITY
Federal Emergency Management Agency
National Flood Insurance Program

# ELEVATION CERTIFICATE

OMB No. 1660-0008
Expires February 28, 2009

Important: Read the instructions on pages 1-8.

## SECTION A - PROPERTY INFORMATION

For Insurance Company Use:
Policy Number
Company NAIC Number

A1. Building Owner's Name Daniel E. Felix and Christine M. Holten

A2. Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.
53828 NC 12 Highway
City Frisco State NC ZIP Code 27936

A3. Property Description (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
Lot 1A Pin# 05 0505 11 68 3533

A4. Building Use (e.g., Residential, Non-Residential, Addition, Accessory, etc.) Residential

A5. Latitude/Longitude: Lat. 35° 13' 57.08" Long. 75° 37' 44.84" Horizontal Datum: ☐ NAD 1927 ☒ NAD 1983

A6. Attach at least 2 photographs of the building if the Certificate is being used to obtain flood insurance.

A7. Building Diagram Number 8

A8. For a building with a crawl space or enclosure(s), provide
a) Square footage of crawl space or enclosure(s) 2077 sq ft
b) No. of permanent flood openings in the crawl space or enclosure(s) walls within 1.0 foot above adjacent grade N/A
c) Total net area of flood openings in A8.b N/A sq in

A9. For a building with an attached garage, provide:
a) Square footage of attached garage ____ sq ft
b) No. of permanent flood openings in the attached garage walls within 1.0 foot above adjacent grade ____
c) Total net area of flood openings in A9.b ____ sq in

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP Community Name & Community Number | B2. County Name | B3. State |
|---|---|---|
| Dare County 375348 | Dare | North Carolina |

| B4. Map/Panel Number | B5. Suffix | B6. FIRM Index Date | B7. FIRM Panel Effective/Revised Date | B8. Flood Zone(s) | B9. Base Flood Elevation(s) (Zone AO, use base flood depth) |
|---|---|---|---|---|---|
| 0505 | J | 9/20/06 | 9/20/06 | AE | 8.00' |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in Item B9.
☐ FIS Profile ☒ FIRM ☐ Community Determined ☐ Other (Describe) ____

B11. Indicate elevation datum used for BFE in Item B9: ☐ NGVD 1929 ☒ NAVD 1988 ☐ Other (Describe) ____

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)? ☐ Yes ☒ No
Designation Date ____ ☐ CBRS ☐ OPA

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on: ☐ Construction Drawings* ☐ Building Under Construction* ☒ Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.

C2. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C2.a-g below according to the building diagram specified in Item A7.
Benchmark Utilized AF 8826 Vertical Datum 4.38"
Conversion/Comments N/A

Check the measurement used.

| | | | |
|---|---|---|---|
| a) Top of bottom floor (including basement, crawl space, or enclosure floor) | 6.2 | ☒ feet | ☐ meters (Puerto Rico only) |
| b) Top of the next higher floor | 17.0 | ☒ feet | ☐ meters (Puerto Rico only) |
| c) Bottom of the lowest horizontal structural member (V Zones only) | N/A | ☐ feet | ☐ meters (Puerto Rico only) |
| d) Attached garage (top of slab) | N/A | ☐ feet | ☐ meters (Puerto Rico only) |
| e) Lowest elevation of machinery or equipment servicing the building (Describe type of equipment in Comments) | 6.2 | ☒ feet | ☐ meters (Puerto Rico only) |
| f) Lowest adjacent (finished) grade (LAG) | 3.5 | ☒ feet | ☐ meters (Puerto Rico only) |
| g) Highest adjacent (finished) grade (HAG) | 5.7 | ☒ feet | ☐ meters (Puerto Rico only) |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information. *I certify that the information on this Certificate represents my best efforts to interpret the data available. I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.*

☒ Check here if comments are provided on back of form.

Certifier's Name Freddy D. Rankin License Number L-2558

Title Professional Land Surveyor Company Name Freddy D. Rankin, PLS

Address P.O. Box 121, 50232 S. Buccaneer Cove City Frisco State NC

Signature Freddy D. Rankin Date 07/30/2007 Telephone (252) 995-4405

NORTH CAROLINA PROFESSIONAL SEAL L-2558 LAND SURVEYOR FREDDY D. RANKIN

FEMA Form 81-31, February 2006 See reverse side for continuation. Replaces all previous editions

| IMPORTANT: In these spaces, copy the corresponding information from Section A. | For Insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No. 53828 NC 12 Highway | Policy Number |
| City Frisco State NC ZIP Code 27936 | Company NAIC Number |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION (CONTINUED)

Copy both sides of this Elevation Certificate for (1) community official, (2) insurance agent/company, and (3) building owner.

Comments File# 4094-07A Pin# 05 0505 11 66 3533 C: Felix1A-EC-R Revised 11/23/10
Building Permits were issued prior to Sept. 20, 2006 at which time the FIRM zone was AE 7.0' and the elevation datum used was NGVD 1929. Based on the NGVD 1929 Datum, the Elevations would be a) 7.2, b) 18, e) 7.2', f) 4.5' & g) 6.7'. "See diagram on page 4" The lowest elevation of equipment servicing the building is the air handler which would have been at an elevation of 7.2' based on the 1929 NGVD.

Signature Date 07/30/2007

☐ Check here if attachments

## SECTION E - BUILDING ELEVATION INFORMATION (SURVEY NOT REQUIRED) FOR ZONE AO AND ZONE A (WITHOUT BFE)

For Zones AO and A (without BFE), complete Items E1-E5. If the Certificate is intended to support a LOMA or LOMR-F request, complete Sections A, B, and C. For Items E1-E4, use natural grade, if available. Check the measurement used. In Puerto Rico only, enter meters.

E1. Provide elevation information for the following and check the appropriate boxes to show whether the elevation is above or below the highest adjacent grade (HAG) and the lowest adjacent grade (LAG).
a) Top of bottom floor (including basement, crawl space, or enclosure) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.
b) Top of bottom floor (including basement, crawl space, or enclosure) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the LAG.

E2. For Building Diagrams 6-9 with permanent flood openings provided in Section A Items 8 and/or 9 (see page 8 of Instructions), the next higher floor (elevation C2.b in the diagrams) of the building is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E3. Attached garage (top of slab) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E4. Top of platform of machinery and/or equipment servicing the building is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E5. Zone AO only: If no flood depth number is available, is the top of the bottom floor elevated in accordance with the community's floodplain management ordinance? ☐ Yes ☐ No ☐ Unknown. The local official must certify this information in Section G.

## SECTION F - PROPERTY OWNER (OR OWNER'S REPRESENTATIVE) CERTIFICATION

The property owner or owner's authorized representative who completes Sections A, B, and E for Zone A (without a FEMA-issued or community-issued BFE) or Zone AO must sign here. *The statements in Sections A, B, and E are correct to the best of my knowledge.*

Property Owner's or Owner's Authorized Representative's Name

Address City State ZIP Code

Signature Date Telephone

Comments

☐ Check here if attachments

## SECTION G - COMMUNITY INFORMATION (OPTIONAL)

The local official who is authorized by law or ordinance to administer the community's floodplain management ordinance can complete Sections A, B, C (or E), and G of this Elevation Certificate. Complete the applicable item(s) and sign below. Check the measurement used in items G8. and G9.

G1. ☐ The information in Section C was taken from other documentation that has been signed and sealed by a licensed surveyor, engineer, or architect who is authorized by law to certify elevation information. (Indicate the source and date of the elevation data in the Comments area below.)

G2. ☐ A community official completed Section E for a building located in Zone A (without a FEMA-issued or community-issued BFE) or Zone AO.

G3. ☐ The following information (Items G4.-G9.) is provided for community floodplain management purposes.

| G4. Permit Number | G5. Date Permit Issued | G6. Date Certificate Of Compliance/Occupancy Issued |
|---|---|---|
| | | |

G7. This permit has been issued for: ☐ New Construction ☐ Substantial Improvement

G8. Elevation of as-built lowest floor (including basement) of the building: ____.____ ☐ feet ☐ meters (PR) Datum ____

G9. BFE or (in Zone AO) depth of flooding at the building site: ____.____ ☐ feet ☐ meters (PR) Datum ____

Local Official's Name Title

Community Name Telephone

Signature Date

Comments

☐ Check here if attachments

# Building Photographs

Continuation Page

| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No. 53828 NC 12 Highway | For Insurance Company Use: Policy Number |
|---|---|
| City Frisco State NC ZIP Code 27936 | Company NAIC Number |

If submitting more photographs than will fit on the preceding page, affix the additional photographs below. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View."




SEA LEVEL DIFFERENCE IN DARE COUNTY CHANGED 0.99 OF A FOOT (1929 vs. 1988)

FARM BUREAU INSURANCE

NORTH CAROLINA FARM BUREAU MUTUAL INS CO
PO BOX 1592
RIDGELAND, MS 39157

Agent Phone: (252) 449-2109

NFIP Policy Number: 0020169023
Company Policy Number: FL110020169023
Agent: MARK E TILLETT

Policy Term: 04/12/2019 12:01 AM through 04/12/2020 12:01 AM
Renewal Billing Payor: FIRST MORTGAGEE

To report a claim visit or call us at: https://sfb.managemyfloodpolicy.com (800) 647-8052

# REVISED FLOOD INSURANCE POLICY DECLARATIONS

STANDARD POLICY - DWELLING FORM

DELIVERY ADDRESS

DANIEL E FELIX / CHRISTINE M HUTTEN
53828 NC HIGHWAY 12
FRISCO, NC 27936

INSURED NAME(S) AND MAILING ADDRESS
DANIEL E FELIX / CHRISTINE M HUTTEN
53828 NC HIGHWAY 12
FRISCO, NC 27936

COMPANY MAILING ADDRESS
SFB INSURANCE PROGRAMS
PO BOX 912519
DENVER, CO 80291-2519

PROPERTY LOCATION
53828 NC HIGHWAY 12
FRISCO, NC 27936

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

DESCRIPTION: N/A

RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 04/12/2019 | DATE OF CONSTRUCTION: | 11/09/2005 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 375348 0505 J REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | DARE COUNTY |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | AE |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | YES |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | AE |
| ADDITIONS/EXTENSIONS: | N - NO ADDITIONS/EXTENSIONS | ELEVATION DIFFERENCE: | 0 |
| BUILDING TYPE: | THREE OR MORE FLOORS | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

Look ← Here

MORTGAGEE / ADDITIONAL INTEREST INFORMATION

FIRST MORTGAGEE: SPECIALIZED LOAN SERVICING ATTN: CUSTOMER SERVICE ISAOA/ATIMA PO BOX 620188 ATLANTA, GA 30362 — LOAN NO: 228823744

SECOND MORTGAGEE: — LOAN NO: N/A

ADDITIONAL INTEREST: — LOAN NO: N/A

DISASTER AGENCY: — CASE NO: N/A

DISASTER AGENCY:

## PREMIUM CALCULATION — Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $250,000 | $5,000 | $60,000 | 1.670 | $190,000 | 0.080 | ($248.00) | $906.00 |
| CONTENTS | $0 | $0 | $0 | 0.730 | $0 | 0.120 | $0.00 | $0.00 |

Coverage limitations may apply. See your policy form for details.

Endorsement Effective Date: 08/28/2019

ENDORSEMENT PREMIUM: $0.00

First Mortgagee Changed

| | |
|---|---|
| ANNUAL SUBTOTAL: | $906.00 |
| INCREASED COST OF COMPLIANCE: | $6.00 |
| COMMUNITY RATING DISCOUNT: 15% | ($137.00) |
| RESERVE FUND ASSESSMENT: 15.0% | $116.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM: | $891.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $966.00 |
| PRORATA PREMIUM ADJUSTMENT: | |
| ADJUSTED ANNUAL PREMIUM: | |

IN WITNESS WHEREOF, we have signed this policy below and hereby enter into this insurance agreement.

Larry B. Wooten
Larry Wooten / President

H. Julian Philpott
Julian Philpott / Secretary

Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

We appreciate the opportunity to service your flood insurance needs.

Southern Farm Bureau Casualty Ins. Co. (NAIC 18325)

SFB INSURANCE PROGRAMS
PO BOX 912519
DENVER, CO 80291-2519

# Standard Flood Insurance Policy Application

**Date** 03/13/2019 **Type** New

**Application Number** 0020169023

**EffectiveDate** 04/12/2019 **Expiration Date** 04/12/2020

**Waiting Period** Standard 30 Day Wait

**Insured Name(s)**
DANIEL E FELIX
CHRISTINE M HUTTEN

**Mailing Address and Phone**
53828 NC HIGHWAY 12
FRISCO, NC 27936

Home Phone:
Work Phone:
Cell Phone:
Email:

**PropertyAddress**
53828 NC HIGHWAY 12
FRISCO, NC 27936

Property Address Type: Property Description

**Agency Name, Address, and Phone**
NORTH CAROLINA FARM BUREAU MUTUAL INS CO
PO BOX 1592
RIDGELAND, MS 39157
Email: MARK.TILLETT@NCFBINS.COM
Phone Number: 800-847-8052
Agent Name: MARK E TILLETT

Applicant Type: Individual
Membership Number
Prior Policy Number:
Prior Company Name:
Renewal Billing: Insured

Prior Company NAIC:
Potential Duplicate Policy: No

| 1st Mortgagee | 2nd Mortgagee | Additional Interest | Disaster Agency |
|---|---|---|---|
| | | | Phone Number: |
| Phone Number: | Phone Number: | Phone Number: | Fax Number: |
| Fax Number: | Fax Number: | Fax Number: | Loan Number: |
| Loan Number: | Loan Number: | Loan Number: | Case Number: |
| Required under Mandatory Purchase: N/A | Required under Mandatory Purchase: N/A | Required under Mandatory Purchase: N/A | Required under Mandatory Purchase: N/A |

**Current Community Information**

Community Name: DARE COUNTY
Community Number: 375348
Map Panel: 0505
Map Panel Suffix: J
Current Flood Zone: AE
Current Base Flood Elevation (BFE): 8.0
FIRM Date: 10/06/1978
Program: Regular
Program Status: Active and participating
County: DARE COUNTY
Current Map Date: 09/20/2006
Rating Map Date: 12/20/2000

**Prior Community Information**

Community Number: 375348
Map Panel: 0860
Map Panel Suffix: E
Flood Zone: AE
Base Flood Elevation: 7.0
FIRM Date: N/A
Has This Property Been Remapped?: Yes
Map Revision Date: 09/20/2006
Is the Flood Zone or Base Flood Elevation Grandfathered?: Yes
* Grandfathered As Result Of: Built In Compliance ← Look Here
Prior Policy Number: N/A

**Construction/Substantial Improvement Date**

Date of Original Construction: 11/09/2005
Construction Date Type: Building Permit Date
Post-FIRM Construction: Yes
Pre-FIRM Elevation Rated: No

Building Substantially Improved: No
Substantial Improvement Date: N/A

**Prior NFIP Coverage**

Has the applicant had a prior NFIP policy for this property: N/A
Was the policy required under the mandatory purchase requirement: N/A
Did the prior NFIP policy term lapse while coverage was required?: N/A
Was the lapse of the prior term the result of a community suspension?: N/A
Suspension Date: N/A
Was the community reinstated: N/A
Reinstatement Date: N/A

**Prior Flood Loss Information**

**Do any of these conditions, arising from 1 or more occurrences in any 10 year period, exist?** N/A

- 2 or more loss payments, each more than $1,000
- 3 or more loss payments, regardless of the amount
- 2 Federal flood disaster relief payments each more than $1,000
- 3 Federal flood disaster relief payments, regardless of the amount
- 1 flood insurance claim payment and 1 Federal flood disaster relief payment, each more than $1,000

**Note: Federal flood disaster relief payments also include loans and grants.*

**Building Information**

| | |
|---|---|
| Building Located In CBRS/OPA: | No |
| CBRS/OPA Designation Date: | N/A |
| Building In Course of Construction: | No |
| Building Walled and Roofed: | Yes |
| Building Located on Federal Land: | No |
| Coverage Req'd for Disaster Assistance: | No |
| Distance to Nearest Shoreline: | N/A |
| Source of Flooding: | |
| Building Severe Repetitive Loss (SRL) Property: | No |
| Building Located Over Water: | Not Over Water |
| Is Part of Support System In Water: | N/A |
| Estimated Building Replacement Cost: | $250,000 |
| Other Structures At Same Location: | No |
| Is Other Structure Detached Garage: | N/A |
| Building has Additions/Extensions: | No |
| Addition/Extension Coverage for: | N/A |
| Building is on list of Historic Buildings: | N/A |
| Building is a Townhouse/Rowhouse: | |
| Property on NFIP SRL list, document(s) provided indicating non-SRL: | N/A |

**Property Ownership Information**

| | |
|---|---|
| Property Purchase Date: | 08/12/2005 |
| Coverage for Owner or Tenant: | Owner |
| Is the Coverage for the entire building? | Yes |
| Building a Rental Property: | No |
| Condominium Form Of Ownership: | No |

**Occupancy Information**

| | |
|---|---|
| Occupancy Type: | Single Family |
| Building Purpose: | Residential |
| Percentage of Residential Area: | 100% |
| Is this the Applicant's Primary Residence: | Yes |
| Number of Occupants: | N/A |
| Is the insured a small business with less than 100 employees? | No |
| Is the insured a nonprofit entity? | No |
| Is the building a house of worship? | No |
| Is the building an agricultural structure? | No |
| Building Description: | Main House |
| "Other" Description: | |

**Condominium Information**

| | |
|---|---|
| Number of Floors: | N/A |
| Number Of Units In Building: | N/A |
| Total Square Footage: | N/A |
| Non-Residential Square Footage: | N/A |
| Condominium Type: | N/A |

**Contents Location**

| | |
|---|---|
| Contents Location: | Throughout the House |
| Personal Property House-Hold Contents: | Yes |
| Personal Property Description: | N/A |

**Mobilehome/Travel Trailer Information**

| | |
|---|---|
| Mobile Home/Travel Trailer: | N/A |
| Wheels Removed (Travel Trailer Only): | |
| On Permanent Foundation: | N/A |
| Anchored By: | N/A |
| Year/Make/Model: | N/A |
| Serial Number: | N/A |
| Mobile Home/Trailer Dimensions: | N/A |
| Dimensions Of Extensions: | N/A |

**Foundation Information**

| | |
|---|---|
| Foundation: | Slab on Grade |
| Building Type: | Two Floors |

**Elevated Building Information**

| | |
|---|---|
| Elevated by Means of: | N/A |
| Is The Enclosure/Crawlspace Partially or Fully Enclosed: | N/A |
| Enclosure Wall Construction: | |
| Enclosure Wall Construction Description: | |
| Enclosure/Crawlspace Has More Than 20 Feet Of Finished Wall, Paneling, Etc.: | N/A |
| Enclosure/Crawlspace Used For Purpose Other Than Parking, Building Access Or Storage: | N/A |
| Describe Use for Enclosed Area/Crawlspace: | N/A |
| Enclosure/Crawlspace Size: | N/A |

**Mid-Level Foyer Information**

| | |
|---|---|
| Mid-Level Foyer Size: | N/A |
| Mid-Level Foyer used for Purposes other than Building Access: | No |

**Basement/Subgrade Crawlspace Information**

| | |
|---|---|
| Below Grade On All Sides: | N/A |
| Size of Subgrade Crawlspace (sq. ft.): | |
| Crawlspace Certified Built In Compliance: | N/A |
| Basement/Subgrade Crawlspace Has More Than 20 Feet Of Finished Wall, Paneling, Etc.: | N/A |
| Basement/Subgrade Crawlspace Used For Purposes Other Than Parking, Building Access Or Storage: | N/A |
| Description Of Use For Basement/Subgrade Crawlspace: | N/A |

Garage Information

| | | | |
|---|---|---|---|
| Garage Type: | Attached | Garage Wall Construction: | None |
| | | Garage Wall Construction Description: | |
| Is The Garage Partially or Fully | Not Enclosed | | |
| Garage Size: | 1400 | | |
| Garage Has More Than 20 Feet Of Finished Wall, Paneling, Etc.: | Yes | Garage Used For Purposes Other Than Parking, Building Access Or Storage: | No |
| | | Description Of Use For Garage: | |

Elevator Information

| | | | |
|---|---|---|---|
| Building Contains Elevators: | No | Elevator Wall Construction: | N/A |
| Elevators Below BFE/HAG: | N/A | Elevator Wall Construction Description: | |
| Is The Elevator Located Within An Enclosure: | N/A | Is The Elevator Partially or Fully Enclosed: | N/A |
| Number of Elevators: | N/A | Elevators Have More Than 20 Linear Feet Of Finished Wall, Paneling, Etc.: | N/A |
| | | Total Size of Elevators: | N/A |

Venting Information (excluding V-Zones)

| Enclosure/Crawlspace/Subgrade Crawlspace | | Garage | | Elevator | |
|---|---|---|---|---|---|
| Enclosure/Crawlspace Has Valid Flood Openings: | No | Garage Has Valid Flood Openings: | No | Elevator Has Valid Flood Openings: | N/A |
| Number of Openings: | N/A | Number of Openings: | N/A | Number of Openings: | N/A |
| Area of Permanent Openings (Sq. In.): | N/A | Area of Permanent Openings (Sq. In.): | N/A | Area of Permanent Openings (Sq. In): | N/A |
| Has Engineered Openings: | N/A | Has Engineered Openings: | N/A | Has Engineered Openings: | N/A |

| Building Machinery, Equipment and Appliances (Not Applicable for Slab Foundations) | | Garage Machinery, Equipment and Appliances | |
|---|---|---|---|
| Has Washer, Dryer, or Food Freezer | N/A | Has Washer, Dryer, or Food Freezer | No |
| Appliances: | N/A | Appliances: | N/A |
| Appliances Value: | N/A | Appliances Value: | N/A |
| Number of Washers: | N/A | Number of Washers: | N/A |
| Number of Dryers: | N/A | Number of Dryers: | N/A |
| Number of Food Freezers: | N/A | Number of Food Freezers: | N/A |
| Has Machinery and Equipment: | N/A | Has Machinery and Equipment: | No |
| Machinery and Equipment: N/A | | Machinery and Equipment: N/A | |
| Machinery and Equipment Value: | N/A | Machinery and Equipment Value: | N/A |

Elevation Certificate Information (Not Applicable for PRP Policies)

| | | | |
|---|---|---|---|
| Elevation Certificate Section Used: | C | Elevation Certificate Date: | 07/30/2007 |
| Diagram Number: | 1A | Floodproofing Certificate: | N/A |
| Lowest (Rating) Floor Elevation: | 7.2 | Flood Proofing Elevation: | N/A |
| Top of Bottom Floor: | 7.2 | Lowest Elevation of Appliances Servicing the Building: | N/A |
| Top of Next Higher Floor: | 18.0 | | |
| Mid-Level Foyer: | N/A | Elevation Difference: | -1.0 |
| Bottom of Lowest Horizontal Structural Member: | N/A | Grandfathered Elevation Difference: | 0.0 |
| Garage Elevation: | 7.2 | Elevation Datum Used: | NGVD1929 |
| M & E Elevation: | N/A | | |
| Lowest Adjacent Grade (LAG): | 4.5 | | |
| Highest Adjacent Grade (HAG): | 6.7 | | |

## Premium Calculations — *Standard*

| | Coverage | Deductible | Basic Coverage | Basic Rate | Add'l Coverage | Add'l Rate | Ded. Discount/Surcharge | Premium |
|---|---|---|---|---|---|---|---|---|
| Building | $250,000 | $5,000 | $60,000 | 1.670 | $190,000 | 0.080 | ($248.00) | $906.00 |
| Contents | $0 | $0 | $0 | 0.730 | $0 | 0.120 | $0.00 | $0.00 |
| | | | | | | | Annual Subtotal: | $906.00 |
| | | | | | | | ICC Premium: | $6.00 |
| | | | | | | | Community Discount: (15%) | ($137.00) |
| | | | | | | | Reserve Fund Assessment: 15% | $116.00 |
| | | | | | | | Probation Surcharge Amount: | $0.00 |
| | | | | | | | Total Written Premium: | $891.00 |
| | | | | | | | HFIAA Surcharge Amount: | $25.00 |
| | | | | | | | Federal Policy Service Fee: | $50.00 |
| | | | | | | | Total: | $966.00 |

Please be aware that these quotes are subject to a full underwriting review of all documentation and rates may change based on that review.

A separate flood insurance policy is required for each building with the following exception: Under the Standard Flood Insurance Policy Dwelling Form, appurtenant structure coverage may apply to a detached garage at the described location provided the detached garage is not used for dwelling, business, or farming purposes. Coverage is limited to 10% of the limit of liability on the dwelling and reduces the building limit of liability.

The above statements are correct to the best of my knowledge. I understand that any fraudulent statements may be punishable by fine or imprisonment under the applicable federal law. The Federal Emergency Management Agency (FEMA) provides flood insurance under the terms of the National Flood Insurance Act of 1968 and its Amendments, and Title 44 of the Code of Federal Regulations. The premium shown above must comply with FEMA rules and rates and may be revised in accordance with applicable policy provisions.

### Signatures

| ____________________ | 03/13/2019 | ____________________ |
|---|---|---|
| Signature of Agent/Producer | Date | Signature of Insured (Optional) |

This policy is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

PDF Creation: 03/13/2019 02:06 PM Pacific Standard Time

Application Produced For: SFB INSURANCE PROGRAMS

Occidental Fire And Casualty Company Of Nc
Flood Insurance Processing Center
P.O. Box 2057; Kalispell, MT 59903-2057
Phone: (800) 759-8656

April 06, 2020 ***FILE COPY***

Felix, Daniel
Po Box 544
Frisco, NC 27936-0544

RE:

| | | |
|---|---|---|
| Insured | : | Felix, Daniel |
| Property Add | : | 53828 Nc Hwy 12<br>Frisco, NC 27936-0000 |
| Policy # | : | 99040951972015 |
| Date of Loss | : | 10/08/2016 |
| Reference No | : | 99-04095197-2015 |

Dear Bay Area Claims Services, Inc

The experts invoice has been processed.

Sincerely,
Flood Claims Department

:SAEPAYMENT

Loss Draft Department
P.O. Box 6501
Springfield, OH 45501

CHRISTINE M HUTTEN
PO BOX 544
FRISCO NC 27936

THE ORIGINAL DOCUMENT HAS A TRUE WATERMARK. HOLD AT LIGHT TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Occidental Fire & Casualty**
Flood Insurance Processing Center
P.O. Box 2057 Kalispell, MT 59903 - 2057

SLS Rec'd
JAN 0 2 2020
Teller 6

JPMorgan Chase Bank, N.A.
Milwaukee, WI

*************** CAUTION **************
Multiple party checks require signatures of all payees.

602704892 No. 602704892

12-1
750

DATE 8/08/2019
AMOUNT $21,284.33

PAY --TWENTY-ONE THOUSAND TWO HUNDRED EIGHTY-FOUR AND 33/100----DOLLARS

Void if not cashed within 6 months

TO THE ORDER OF
FELIX, DANIEL and HUTTEN, CHRISTINE
and BANK OF AMERICA NA ITS SCCSSRS and BANK OF AMERICA NA ISAOA ATIMA

MAIL TO:
DANIEL FELIX
CHRISTINE HUTTEN
PO BOX 544
FRISCO, NC 27936

10202 89080

⑈0602704892⑈ ⑆075000019⑆ 3 838297059⑈

Dan
Po
Frisco, NC 27936-0544

7017 3380 0000 5543 9094

RALEIGH P&DC
AFSM100 #8

UNITED STATES POSTAGE
PITNEY BOWES
$ 008.40⁰
02 1P
0001079139 JUN 10 2020
MAILED FROM ZIP CODE 27936

Michael Blinson
Occidental Fire And Casualty Company
of NC
IAT Insurance Group
702 Oberlin Road
Raleigh, NC
27605

RECEIVED
JUN 15 2020

Blinson
IAT Group
702 Oberlin Road
Raleigh, NC 27605

U.S. POSTAGE PITNEY BOWES
ZIP 27605 $ 007.75⁰
02 4W
0000335509 JUN. 16 2020

JUN 20 2020

National Flood Services
P.O. Box 2057
Kalispell, Montana 59903-2057