UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

DANIEL FELIX and CHRISTINE HUTTEN )
        Plaintiffs,   )
           )
v.           )    **JUDGMENT**
           )    No. 2:20-CV-45-FL
SERVICE INSURANCE COMPANY   )
       Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and plaintiffs' third motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 30. 2021 and for the reasons set forth more specifically therein, and where defendants Occidental Fire and Casualty Company of NC, David Pirrung, Michael Brinson and IAT Insurance Group were dismissed earlier on August 28, 2020, that defendant Service Insurance Company's motion for summary judgment is GRANTED and plaintiffs' third motion for summary judgment is DENIED.

**This Judgment Filed and Entered on August 30, 2021, and Copies To:**
Daniel Felix and Christine Hutten (via US Mail to P O Box 544, Frisco, NC 27936-0544)
Walter G. Merritt / William R. DeJean / Deani Beard Milano / Iliaura Hands (via CM/ECF Notice of Electronic Filing)

August 30, 2021           PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk